CRUM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | CR. No. 2:25cr20032-JTF |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 1347 |
| **SANJEEV KUMAR,** | ) | 18 U.S.C. § 2422(a) |
| | ) | 21 U.S.C. § 331(k) |
| Defendant. | ) | |

## NOTICE OF PENALTIES

### COUNTS 1-4

[nmt 20 years; *see* 18 U.S.C. § 2422(a); $250,000 fine; or both, plus a period of supervised release for any term of years, not less than 5, or life, *see* 18 U.S.C. §3583(k), together with a mandatory special assessment of $100, *see* 18 U.S.C. §3013(a); and an additional special assessment of $5,000, *see* 18 U.S.C. § 3014(a)]

### COUNTS 5-13

[nmt 1 year, unless with intent to defraud or mislead, then nmt 3 years; *see* 21 U.S.C. § 333(a); $1,000 fine, unless with intent to defraud or mislead, then $10,000 fine; or both, plus a period of supervised release for not more than one year, *see* 18 U.S.C. §3583(b), together with a mandatory special assessment of $100, *see* 18 U.S.C. §3013(a)]

### COUNTS 14-23

[nmt 10 years, but if offense involves serious bodily injury, nmt 20 yrs; but if death results, life or any term of years; *see* 18 U.S.C. § 1347; $250,000 fine; or both, plus a period of supervised release for not more than 3 years, *see* 18 U.S.C. §3583(b), together with a mandatory special assessment of $100, *see* 18 U.S.C. §3013(a)]