# EXHIBIT B

3/6/25, 12:40 PM
Case 2:25-cr-20032-JTF   Document 24-2   Filed 03/17/25   Page 2 of 5    PageID 147
Western District of Tennessee | Acting United States Attorney Fondren Announces Federal Indictment Against Gynecologist for Sex…



PRESS RELEASE

# Acting United States Attorney Fondren Announces Federal Indictment Against Gynecologist for Sexually Abusing Patients, Adulterating Medical Devices for Reuse on Patients, and Healthcare Fraud

Friday, February 28, 2025

**For Immediate Release**

U.S. Attorney's Office, Western District of Tennessee

Comments and quotations contained in the February 28, 2025 version of this press release have been retracted.

**Memphis, TN** – Reagan Fondren, Acting United States Attorney for the Western District of Tennessee, announced today that **Sanjeev Kumar**, **44**, was arrested this morning and charged with enticing and inducing four victims to travel interstate to engage in illegal sexual activity, adulteration of medical devices, misbranding of medical devices, and healthcare fraud.

The indictment unsealed today alleges that from at least in or about September 2019 and up to and including at least in or about June 2024, Kumar enticed and induced four victims to travel interstate to his medical offices in Memphis, Tennessee, at least in part for the purpose of

3/6/25, 12:40 PM    Western District of Tennessee | Acting United States Attorney Fondren Announces Federal Indictment Against Gynecologist for Sex…

Case 2:25-cr-20032-JTF   Document 24-2   Filed 03/17/25   Page 3 of 5   PageID 148

subjecting them to a sexual activity for which he could be charged with a criminal offense in violation of Tennessee Code Annotated Section 39-13-503.

According to the Indictment, between 2019 and 2024, Kumar sexually abused women by conducting medically unnecessary gynecologic procedures with medical devices that he held under insanitary conditions and reused on patients when they were required to be disposed of or properly reprocessed. Kumar did not inform patients that he was reusing "single use" or improperly reprocessed devices before he inserted the devices into their vaginas. He also billed Medicare and Medicaid as if the procedures were medically necessary and as if he had used a new or properly reprocessed device for each procedure.

This case is being investigated by the United States HHS-OIG, the United States Food and Drug Administration Office of Criminal Investigations (FDA-OCI), the Federal Bureau of Investigation (FBI), and Tennessee Bureau of Investigation (TBI).

The charges and allegations contained in the indictment are merely accusations of criminal conduct, not evidence.  The defendant is presumed innocent unless and until proven guilty beyond a reasonable doubt and convicted through due process of law.  If convicted, the defendant's sentence will be determined by the Court after review of the factors unique to the case, including the defendant's prior criminal records (if any), the defendant's role in the offense, and the characteristics of the violation.

Acting U.S. Attorney Fondren thanked Assistant United States Attorneys Lynn Crum, Scott Smith, and Sarah Pazar Williams for prosecuting this case, as well as the law enforcement partners who investigated the case.

###

For more information, please contact the Media Relations Team at USATNW.Media@usdoj.gov. Follow the U.S. Attorney's Office on Facebook or on X at @WDTNNews for office news and updates.

Updated March 6, 2025

## Component

USAO - Tennessee, Western

3/6/25, 12:40 PM    Western District of Tennessee | Acting United States Attorney Fondren Announces Federal Indictment Against Gynecologist for Sex…

Case 2:25-cr-20032-JTF    Document 24-2    Filed 03/17/25    Page 4 of 5    PageID 149

# Related Content

**PRESS RELEASE**

## Memphis Woman Sentenced to Ten Years in Federal Prison for Identity Theft and Bank Fraud

**Memphis, TN** – **Patricia Johnson**, **47**, has been sentenced to a total of 120 months in federal prison for committing identity theft and bank fraud, as well as...

March 4, 2025

**PRESS RELEASE**

## Check Fraudster Sentenced to Federal Prison

**Memphis, TN** – **Kenyata Wilson**, **36**, of Memphis, has been sentenced to federal prison for leading a check fraud ring in Memphis from 2022 to 2023.  Reagan Fondren...

February 26, 2025

**PRESS RELEASE**

## Woman Pleads Guilty to Scheme to Defraud Elvis Presley's Family

**Memphis, TN –** A Missouri woman pleaded guilty today in the Western District of Tennessee for her role in a scheme to defraud Elvis Presley's family of millions of dollars and...

February 25, 2025

3/6/25, 12:40 PM
Western District of Tennessee | Acting United States Attorney Fondren Announces Federal Indictment Against Gynecologist for Sex…

Case 2:25-cr-20032-JTF    Document 24-2    Filed 03/17/25    Page 5 of 5    PageID 150

### Memphis

167 North Main Street

Suite 800

Memphis, TN 38103

### Jackson

109 South Highland Avenue

Suite 300

Jackson, TN 38301

Contact Webmaster

### Memphis

Phone: (901) 544-4231

Fax: (901) 544-4230

TTY: (901) 969-3054

### Jackson

Phone: (731) 422-6220

Fax: (731) 422-6668

TTY: (731) 422-6550