

**U.S. Department of Justice**

United States Attorney
Western District of Tennessee

---

*800 Federal Office Building*   *Telephone (901)544-4231*
*Memphis, Tennessee 38103*   *Fax (901)544-4230*

April 11, 2025

Elena Mosby
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

**Re:** *United States v. Sanjeev Kumar*
   Cr. No. 25-20032-JTF

Dear Ms. Mosby:

    Additional discovery has been provided to you via USAfx, consisting of an interview summary of a victim and expected witness at the pending motion to modify bond conditions, an AID and response from Dr. Adio Abdu, and criminal history of potential witnesses for the hearing. They are produced pursuant to the protective order that was entered in this case. Please treat these documents as required by the order.

    The United States is aware of its discovery obligations and will continue to update discovery with any new materials that it might receive.

                                                     Sincerely,

                                                     Joseph C. Murphy, Jr.
                                                     Interim United States Attorney

                                   By:    /s/ Lynn Crum
                                            Lynn Crum
                                            Assistant United States Attorney

cc:  United States District Court Clerk