AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SANJEEV KUMAR | Case Number: 2:25-cr-20032-1 JTF |

| PRESIDING JUDGE<br>Charmiane G. Claxton | PLAINTIFF'S ATTORNEY<br>L. Crum/S. Smith/S. Williams | DEFENDANT'S ATTORNEY<br>R. Chapman/L.Laurenzi/M.Flaherty |
|---|---|---|
| TRIAL DATE (S)<br>4/11/25 & 4/14/25 | COURT REPORTER<br>FTR CR5 & JVR CR5 | COURTROOM DEPUTY<br>Chris Sowell |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | x | 4/11/2025 | | | Kristie Marr (State of TN Investigator) |
| | x | 4/11/2025 | | | Dr. John Rodney |
| | 24 | 4/11/2025 | x | x | State of TN Allegations Report re: Dr. Kumar |
| | 23 | 4/11/2025 | x | x | State of TN Investigation Report - Redacted |
| | 4 | 4/11/2025 | x | x | State of TN - Disposition of Complaint |
| x | | 4/11/2025 | | | Dr. Adio Abdu |
| x | | 4/14/2025 | | | C.A. - Former Patient |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.