```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-20032-JTF-cgc-001 |
| ) | |
| SANJEEV KUMAR, ) | |
| ) | |
| Defendant. ) | |

_____

ORDER OF REFERENCE
_____

Government's Motion to Revoke Bond (DE# 42) is hereby referred to Magistrate Charmiane G. Claxton for determination.

IT IS SO ORDERED THIS 28th DAY OF April, 2025.

                                        *s/John T. Fowlkes, Jr.*
                                        UNITED STATES DISTRICT JUDGE