

**U.S. Department of Justice**

United States Attorney
Western District of Tennessee

*800 Federal Office Building*   *Telephone (901)544-4231*
*Memphis, Tennessee 38103*    *Fax (901)544-4230*

October 10, 2025

Ronald W. Chapman, II
Chapman Law Group
1441 W. Long Lake Road, Suite 310
Troy, Michigan 48098

Maritsa Ann Flaherty
Chapman Law Group
1441 W. Long Lake Road, Suite 310
Troy, Michigan 48098

Lawrence Laurenzi
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

Elena Mosby
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

**Re:  *United States v. Sanjeev Kumar*
       Cr. No. 25-20032-JTF**

Dear Counsel:

  Additional discovery was uploaded to USAfx, consisting of:

- witness statements and interactions
- updated Medicare peer data comparisons
- additional enrollment data
- Business Record affidavits
- MedService subpoena production response

1

- Updated reconciliation of Items, Bates 0092994
- expert CVs

In response to your supplemental discovery request dated October 6, 2025 and filed October 7, 2025:

1. The body-worn camera footage from the arrest of Dr. Kumar has been produced USA-0093054-0093058.

2. There was no video taken.

3. We are looking into whether there is responsive data.

Everything is produced pursuant to the protective order that was entered in this case. Please treat these documents as required by the order.

The United States is aware of its discovery obligations and will continue to update discovery with any new materials that it might receive.

    Sincerely,

    D. Michael Dunavant
    United States Attorney

By:    /s/ Lynn Crum
    Lynn Crum
    Assistant United States Attorney

cc: United States District Court Clerk