**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**VS.**                      **Criminal No. 25-cr-20032-SHL**

**SANJEEV KUMAR,**

        **Defendant.**

---

### UNITED STATES' RULE 16 EXPERT WITNESS DISCLOSURE

---

Pursuant to *U.S. v. White*, 492 F.3d 380 (6th Cir. 2007), the United States gives notice of its intent to introduce the testimony of Dr. Jona Bandyopadhyay at trial in this case.

The United States does not consider Dr. Bandyopadhyay a Rule 16 expert witness. She will be giving testimony solely based on her personal knowledge under FRE 602. However, to the extent that her testimony in this case "require[s her] to apply knowledge and familiarity . . . well beyond that of the average lay person[]" such that she may be considered an expert witness per *U.S. v. White*, 492 F.3d 380, 403 (6th Cir. 2007), and out of an abundance of caution, the United States provides this disclosure pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G), as well as Federal Rules of Evidence 702, 703, and 705.

This Notice does not serve either to summarize Dr. Bandyopadhyay's testimony or to limit the subject areas about which Dr. Bandyopadhyay may testify. The government acknowledges its continuing duty to disclose evidence or material obtained before or during trial pursuant to Federal Rule of Criminal Procedure 16(c). Should unexpected events arise between now and trial which

1

might require additional or different expert testimony, the government will promptly seek the Court's permission to offer the testimony of additional or alternative expert witnesses.

Dr. Jona Bandyopadhyay has been the Deputy Chief Medical Officer of the Bureau of TennCare since 2023. Prior to this role, she served as an Associate Medical Director with TennCare from 2019 to 2023. In this role, amongst other duties, she performed clinical reviews of TennCare recipient patient records. Her CV is being produced to Defendant in discovery. She has not testified as an expert witness in the past four years.

Dr. Bandyopadhyay's testimony will be based on her knowledge, training, skill, experience working with the TennCare program, including its rules and regulations, her experience and training as a medical doctor, and her personal knowledge of the clinical findings report she prepared.

The government anticipates that Dr. Bandyopadhyay's testimony will cover the following topics and opinions:

- Dr. Bandyopadhyay will generally explain the TennCare clinical review process.

- Dr. Bandyopadhyay will authenticate her written report documenting her clinical review findings of a TennCare investigation into Poplar Avenue Clinic patients in 2021. Her written report, which is under seal, has previously been disclosed to Defendant in discovery.

- Dr. Bandyopadhyay will testify that she stands by the clinical findings contained in her written report.


I, Dr. Jona Bandyopadhyay, have reviewed the foregoing disclosure regarding my anticipated testimony, qualifications, and prior testimony, and it is true and accurate.

Jona Bandyopadhyay (Sep 22, 2025 11:43:24 CDT)

_____
Jona Bandyopadhyay

__9-22-25____
Date

The United States requests disclosure under Fed. R. Crim. P. 16(b)(1)(C) of any potential defense witnesses who would give opinions as evidence at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:     /s/ Lynn Crum_____
LYNN CRUM
Assistant United States Attorney
167 N. Main St., Suite 800
Memphis, TN 38103
Telephone: (901) 544-4231

## CERTIFICATE OF SERVICE

I, Lynn Crum, Assistant United States Attorney, do hereby certify that a copy of the foregoing pleading was forwarded by electronic means via the Court's electronic filing system to the attorneys for the defendant.

This 14th day of October, 2025.

/s/   Lynn Crum_____
Assistant United States Attorney

3