UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Chief Judge Sheryl H. Lipman, United States District Judge

October 14, 2025

RE:   **2:25-cr-20032-SHL**
          *USA v. SANJEEV KUMAR*

Dear Sir/Madam:

A **FINAL REPORT DATE / CHANGE OF PLEA DEADLINE** has been **SET** for **FRIDAY, NOVEMBER 14, 2025** at **11:00 A.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

Please submit the proposed plea agreement, a summary of the elements of the offense(s) charges and the statutory penalties to chambers by 12:00 PM one business day before the change of plea hearing by emailing it to: ECF_Judge_Lipman@tnwd.uscourts.gov.

**PLEASE SEE STANDARD PRETRIAL PROCEDURES FOR CRIMINAL CASES.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Joseph P. Warren*,
          Case Manager Supervisor
          901-495-1242
          joseph_warren@tnwd.uscourts.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## STANDARD PRETRIAL PROCEDURES FOR CRIMINAL CASES BEFORE JUDGE SHERYL H. LIPMAN

(unless different deadlines have been imposed in this case)

**BY THE CLOSE OF BUSINESS ONE WEEK PRIOR TO TRIAL:**
  A. The Parties shall file on the docket:
   1. An agreed set of jury instructions, using the Court's "shell" instructions as a baseline. Visit: LipmanCriminalJuryInstructionsShell.docx
   2. Alternative versions of jury instructions on which there is not an agreement, with citations and supporting authorities;
   3. An agreed verdict form or alternative versions;
   4. Motions in limine; and
   5. Any stipulations between the parties.

  B. The Parties shall email to Chambers (ECF_Judge_Lipman@tnwd.uscourts.gov):
   1. The names of all potential witnesses (**Government only** – for jury selection); and
   2. The names of all attorneys involved in the trial and anyone else seated at counsel table.

**ADDITIONAL PROCEDURES:**
  A. Motions in Limine:
   1. Responses shall be filed by 4:00 p.m. three (3) business days after the motion(s) is filed.

  B. Motions for Continuances:
   1. Any motion for a continuance of the trial shall be supported by an affidavit stating the reason(s) for the continuance.
   2. The motion shall include the proposed alternative trial dates and other pretrial deadlines consistent with this Order that are agreeable to counsel for all parties.
   3. **A speedy trial waiver executed by the Defendant shall also accompany that motion**.
   4. Failure to comply with these requirements may constitute grounds to deny the motion.

  C. Contacting the Court:
   1. The Court's staff is not authorized to entertain <u>any</u> requests by telephone or email for a continuance or an extension of deadlines for <u>any</u> reason; and
   2. Such a request is considered <u>only</u> on a motion filed with the Court.