IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 2:25cr20032-SHL |
| SANJEEV KUMAR, | |
| Defendant. | |

### SANJEEV KUMAR, M.D.'S RULE 16 EXPERT WITNESS DISCLOSURE

Defendant, Sanjeev Kumar, by and through his counsel, gives notice pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C) of his intent to introduce the testimony of Jeffrey D. Seidman, M.D., as an expert witness in this matter.

Dr. Jeffrey Seidman is an anatomic pathologist with over thirty (30) years of professional experience including twenty (20) years concentrated in gynecological pathology. He served as a medical officer at the U.S. Food and Drug Administration for nine (9) years. He is board-certified in Anatomic Pathology by the American Board of Pathology and holds an unrestricted medical license in the State of Maryland.

Dr. Seidman is an internationally recognized authority in gynecological pathology. He has served for more than twenty-five (25) years on the Editorial Board of the *International Journal of Gynecological Pathology.* He co-authored the Fourth Edition of the World Health Organization Classification of Tumours of Female Reproductive Organs (2014) and the textbook "Differential Diagnoses in Surgical Pathology: Gynecological Tract" (2nd ed., 2024). He has authored approximately 130 peer-reviewed articles, book chapters, and commentaries in the field. His

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

curriculum vitae and expert report have been produced with Defendant's discovery production to the Government.

Dr. Seidman has not testified in a case within the past four (4) years.

This report does not include a complete recitation of Dr. Seidman's testimony, and he may offer additional testimony or opinions during trial. Any additional opinions will be disclosed no later than 28 days before trial, pursuant to Local Rule 16.1(c)(2). Dr. Seidman is continuing to await pathology slides for his review. He reserves the right to supplement his report upon receipt and review of such slides.

Dr. Seidman has reviewed the Superseding Indictment, pathology reports corresponding to biopsies performed by Dr. Kumar for the ten patients listed in the Superseding Indictment, the Government's Rule 16 disclosure of Dr. Matthew McDonald's opinions, Dr. McDonald's October 30, 2024 memorandum, and relevant published medical literature.[1][2][3][4][5][6][7][8][9]

---

[1] Dermawan JKT et al. Thickened endometrium in postmenopausal women with an initial biopsy of limited, benign, surface endometrium: clinical outcome and subsequent pathologic diagnosis. Int J Gynecol Pathol 2019;38:310-317.

[2] Kandil D, et al. Clinical outcomes of patients with insufficient sample from endometrial biopsy or curettage. Int J Gynecol Pathol 2014;33:500-506.

[3] Vitale SG, et al. Endometrial biopsy: indications, techniques and recommendations. An evidence-based guideline for clinical practice. J Gynecol Obstet Hum Reprod 2023;52:102588.

[4] Sakhdari A, et al. Endometrial samples from postmenopausal women: a proposal for adequacy criteria. Int J Gynecol Pathol 2016;35:525-530.

[5] Goebel EA et al. Insufficient and scant endometrial samples: determining clinicopathologic outcomes and consistency in reporting. Int J Gynecol Pathol 2019; 38:216-223.

[6] Van Hanegem N, et al. The accuracy of endometrial sampling in women with postmenopausal bleeding: a systematic review and meta-analysis. Eur J Obstet Gynecol Reprod Biol 2016;197:147-155.

[7] Farrell T, et al. The significance of an 'insufficient' pipelle sample in the investigation of postmenopausal bleeding. Acta Obstet Gynaecol Scand 1999;78:810-812.

[8] Clark TJ, et al. Accuracy of outpatient endometrial biopsy in the diagnosis of endometrial cancer: a systematic quantitative review. BJOG 2002;109:313-321.

[9] Taraboanta C, et al. Performance characteristics of endometrial sampling in diagnosis of endometrial carcinoma. Int J Gynecol Pathol 2020;39:19-25.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

Based on his review, training, experience, and expertise, Dr. Seidman will testify to a reasonable degree of medical certainty, including the following:

**I.    Background on Biopsy Procedures and Pathology Reports**

1. The decision to remove tissue from an individual by various types of biopsy procedures and surgical procedures is made by the physician, surgeon or subspecialist based on evaluation of a variety of factors including the patient's clinical history, presenting symptoms, physical examination, laboratory test results, radiology (x-ray) results, and other potentially relevant information.

2. When tissue is removed from a patient by a surgeon or other specialist physician, the tissue is examined under the microscope by the pathologist. The pathologist does a complete analysis of what is present in that tissue and writes a report describing exactly what was found. This report is known as the pathology report. Tissue samples contain billions of cells, and it is impossible to examine every cell. The standard of care for pathology review is to examine representative portions (tissue sections mounted on glass slides) of every piece of tissue removed.

3. Accordingly, tissue examination by a pathologist is highly accurate but not infallible. Reasons for discrepancies among different tissue sections from the same biopsy include differences in the actual cells examined and differences in pathologists' interpretations.

4. The information contained in the pathology report becomes part of the patient's medical record. Such information is dependent on the clinical context.

5. It generally reports the presence or absence of a variety of different medical conditions such as inflammatory disease, infectious disease, cancer, and many others.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

6. When a condition is present, the report generally describes it as completely as possible based on the material present. In the case of a benign tumor or a malignant tumor (cancer), this description would include aspects of the tumor that would be important for the clinician to know to plan the patient's treatment.

7. With tumors, particularly malignant or cancerous tumors, the pathologist often examines the edges or margins of the tissue to determine whether the tumor appears to have been completely removed, or whether tumor is close to or at the tissue edge, suggesting that a re-excision might need to be performed.

II. **Types of Biopsies and Other Procedures for Tissue Removal**

8. A biopsy can vary from a small piece of tissue measuring a few millimeters, such as a skin biopsy of a rash or a mole, to a few centimeters such as an excision of a breast mass, to a large portion of an organ or even an entire organ, such as a partial or total colectomy in which part or all of the colon is resected.

9. There are different methods to perform biopsies and resections such as a small shave biopsy of a thin skin lesion, a core needle biopsy that is narrow (2-3 mm) but several cm in length, an excisional biopsy of a larger mass, or a partial or total resection of an organ.

10. The procedure can be minimally invasive such as that for a skin biopsy, or highly invasive such as a core needle biopsy of the lung through the chest, or partial removal of an organ. In the uterus, an endometrial biopsy often measures a few mm.

11. An endometrial polyp can measure up to a few centimeters for larger polyps; an endometrial curetting can be performed to examine a larger portion of the endometrial lining. With a hysterectomy, the entire uterus is removed.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

### III. The Meaning of a Report of "Normal Tissue", "No Tumor", or "Insufficient Tissue for Diagnosis"

12. Pathology reports are read and interpreted by physicians as part of their care of the patient. The entire pathology report contains important information. Even if the tissue removed is normal and/or contains no tumor, that is important information.

13. When a tumor is suspected, the absence of tumor in a biopsy is critically important. In general, the review of a pathology report does not allow one to conclude anything about the necessity of the biopsy procedure. If cancer is present and the patient never had cancer before, one would generally conclude that it was necessary to perform the biopsy. But the converse does not follow, i.e. if there is no cancer and the tissue is normal, one may not conclude that the procedure was unnecessary.

14. On the contrary, a pathology report indicating a normal or noncancerous biopsy is very important information that assists the clinician in determining the next step in assessing the patient's particular problem.

15. Such information is needed for the follow-up of the patient. In addition, even if such information does not appear to be important at the time, one cannot predict how important such information may become in the future, depending on what health conditions the patient may subsequently develop.

16. The presence of only normal tissue in a biopsy may provide information on how well the biopsy procedure was targeted (i.e that a certain organ was biopsied but perhaps a lesion believed to be present was not sampled), and also provides information on the absence of certain disease processes such as cancer, inflammation, degenerative or infectious conditions.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

17. The absence of tumor in a biopsy may provide information on the absence of cancer or on the completeness of a previous resection of a cancer. The presence of insufficient tissue in a biopsy may provide information on the need for a repeat biopsy, and on the targeting of the procedure.

18. In the case of an endometrial biopsy, the presence of insufficient tissue provides information allowing the clinician to re-assess the likelihood that cancer may or may not be present.

IV. **Examples of Negative or Normal Pathology Results and Their Importance**

*The following statements are hypothetical examples provided solely for illustrative purposes and do not pertain to actual patients of Dr. Kumar.*

19. A 66-year-old female has a breast cancer excised. The pathology report indicates that tumor is present at the inked surgical margins. A re-excision is performed. Pathology report: Left breast, re-excision: Benign breast tissue with biopsy site changes. No residual tumor is identified

    a. The absence of tumor in the re-excision specimen supports that the entire tumor has been removed. This does not indicate that the re-excision was not needed. Microscopic tumor might well have been left behind at the initial surgery and there are several reasons that it might not be detected on re-excision.

20. A 46-year-old female has headaches and other symptoms suggesting temporal arteritis. A temporal artery biopsy is performed. Pathology report: Temporal artery, biopsy: Normal arterial segment. Special stains verify absence of changes of temporal arteritis.

    a. This assists the clinician in excluding temporal arteritis and in exploring other causes of the patient's symptoms.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

21. A 55-year-old man has a melanoma excised from the thigh. The pathology report indicates that the margins are clear of melanoma. A wide local excision is performed. Pathology report: Skin of thigh, wide excision: Normal skin.

    a. Although the margins of the original excision were clear, the standard of care for treatment of melanoma requires a wider excision.

22. A 75-year-old man has a pancreatic mass. He undergoes a radiologic guided core needle biopsy. Pathology report: Pancreatic mass, biopsy: Adipose tissue (fat).

    a. The presence of benign fatty tissue tells the clinician that the biopsy missed the pancreas and assists in the targeting of the re-biopsy. A re-biopsy is performed. Pathology report: Pancreatic mass, biopsy: Benign pancreatic tissue.

    b. The presence of benign pancreas tells the clinician that the biopsy hit the pancreas but missed the mass and assists in the targeting of the re-biopsy. A rebiopsy is performed. Pathology report: Pancreatic mass, biopsy: Microcystic serous cystadenoma.

    c. This is a benign pancreatic tumor that can be followed by radiologic scans and does not necessarily need to be removed. It can be associated with genetic syndromes and the diagnosis can inform further care of the patient as well as counseling of family members.

23. A 45-year-old female has a family history of breast and ovarian cancer and a mutation in the BRCA1 gene which indicates a high risk of developing one of these cancers. In order to reduce her risk, she has her fallopian tubes and ovaries removed. Pathology report: Ovaries and fallopian tubes: No significant pathology.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

    a. This procedure drastically reduces this patient's risk of developing certain types of cancer that usually arise in the ovaries and tubes. The absence of cancer as well as precancerous changes in the tubes and ovaries is important in the follow-up of this patient and is also important information for her relatives who might share her genetic mutation.

24. A 58-year-old woman has vaginal bleeding (postmenopausal bleeding). She undergoes hysteroscopy and an endometrial biopsy is performed. Pathology report: Endometrial biopsy: Insufficient tissue for diagnosis.

    a. This tells the gynecologist that if the hysteroscopy was performed according to accepted standards and that the biopsy instrument was used correctly, the likelihood of endometrial cancer, while not zero, is very low. Nonetheless, because the clinician's level of suspicion is high since the patient is at high risk for endometrial cancer, the patient is obese, the procedure was difficult to perform, the patient was uncooperative, and also because he is not certain that he visualized the entire endometrial cavity, a repeat biopsy is performed. Pathology report: Endometrial biopsy: Very scanty benign epithelium consistent with atrophic endometrial surface epithelium.

    b. This finding provides a possible reason for bleeding (endometrial atrophy) and provides further reassurance that endometrial cancer is not present. Nonetheless, the patient continues to have bleeding. The gynecologist remains concerned about the patient's high risk of endometrial cancer. Accordingly, several months later, she undergoes a repeat biopsy. Pathology report: Endometrial biopsy: Insufficient tissue for diagnosis.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

    c. This again provides some reassurance, indicating that the likelihood of endometrial cancer, while not zero, is very low.

## V. Endometrial Biopsies in Postmenopausal Women

25. Three of Dr. Kumar's patients listed in the Superseding Indictment were in the 58-76-year age group which corresponds to the postmenopausal age group. In at least one report in each of these patients, an ICD10 code of N95.0 is indicated, indicating postmenopausal bleeding.

26. A postmenopausal woman with bleeding has approximately a 5-10% chance of having endometrial cancer.

27. Accordingly, these women must be evaluated and investigated, and it is common practice to assume that they have endometrial cancer until proven otherwise[1].

28. In postmenopausal women undergoing endometrial biopsy, it is very common to obtain insufficient or very scanty tissue[2]. The factors responsible vary and include anatomic factors such as endometrial atrophy (i.e. there is actually very little endometrial tissue present), shape of the uterus; technical factors making it difficult for the physician to enter the endometrial cavity such as cervical or vaginal stenosis, body habitus (i.e. obesity); and others such as type of instrument, sampling technique, experience of the operator, and patient cooperation. There are different types of biopsy procedures and instruments; there is no method that reliably samples the entire endometrial lining[3].

29. In a postmenopausal endometrial biopsy, there may be very few benign endometrial surface epithelial cells which may be interpreted variously by different pathologists.

30. Some pathologists consider this insufficient tissue for evaluation. Other pathologists may comment that the quantity and appearance of the tissue is consistent with endometrial

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

atrophy, which is common in this age group, and is one of the potential causes of postmenopausal bleeding.

31. When a clinician receives a pathology report on an endometrial biopsy that indicates limited benign surface endometrium, there is an unresolved question as to whether the clinical interpretation should be "insufficient/nondiagnostic" or "benign"[1]. Criteria for specimen adequacy have been proposed by several groups, but at present, there is no universally agreed upon criterion[4].

## VI. Endometrial Biopsies in Premenopausal Women

32. Seven of Dr. Kumar's patients listed in the Superseding Indictment ranged in age from 14-45, corresponding to the premenopausal age group. A diagnosis of insufficient tissue is frequent in this age group, but less common as compared to the postmenopausal group.

33. Factors leading to insufficient tissue in this group include number of pregnancies, obesity, shape of the uterus, endometrial thickness, and presence of leiomyomas (fibroids) impinging on the endometrium. Other factors include type of sampling device, sampling technique, experience of operator, and patient cooperation.[2,5] As noted earlier, there is no method that reliably samples the entire endometrial lining. Issues with the clinical interpretation of scanty endometrial tissue have similarities to those with postmenopausal women and vary depending on the unique circumstances of each patient.

## VII. Endometrial Biopsy Failure Rates and Scanty Tissue Rates

34. The frequency of endometrial biopsies reported as insufficient/inadequate for evaluation ranges up to 73%, with most estimates in the 10-30% range.[1,2,6,7,8]

10

35. This varies by patient age, with older groups showing higher rates of insufficient tissue. Some studies show insufficient tissue rates of 15% in those over age 60, and 27% in those over age 80. [2,4]

36. As noted earlier, pathologists vary quite a bit in the criteria they use for the determination of adequacy[2,5] and in some practices, the percentage of endometrial biopsies reported as inadequate or insufficient tissue is close to or exceeds 50%[4].

37. While some authors indicate that repeat biopsy may not be necessary in certain contexts, others believe that repeat biopsy is indicated with insufficient samples.[5]

## VIII. Conclusion

38. The pathology reports corresponding to all of the biopsies performed by Dr. Kumar provide important information in the care of these patients.

39. In nearly all cases these results inform on the likelihood of endometrial cancer or precancer, and in all cases they assist in the further follow-up and clinical care of these patients.

40. In cases of repeat biopsies, the available pathology reports constitute part of this information.

41. Retrospective review of the pathology reports does not mitigate or negate these decisions or provide compelling evidence indicating that such decisions were incorrect.

42. As noted earlier, a pathology report indicating scanty benign endometrial tissue, normal endometrium, or even insufficient tissue for diagnosis, provides useful information in the clinical care of a patient.

43. The results of 57 endometrial biopsies performed by Dr. Kumar in ten patients indicated that at least some benign endometrial tissue, though often scanty, was obtained in 40% of biopsies.

Document ID: c25e782c66eb9184b1422824415af6f18ae2ed6ab510710b9a062db4e5aa1860

44. As noted, reported rates of insufficient tissue vary widely, and can be quite high. These vary based on a wide variety of factors. The inability to obtain endometrial tissue in 60% of such biopsies is well within the acceptable range as reported in the literature, particularly considering the characteristics of Dr. Kumar's patient population.

I  have reviewed the foregoing disclosure regarding my opinions, qualifications, and prior testimony, and it is true and accurate.

Respectfully submitted,

s/ Maritsa A. Flaherty
Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (*pro hac*) (Mich. Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346) Chapman
Ron@chapmanandassociates.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com
*Attorneys for Dr. Sanjeev Kumar*