IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                          Cr. No. 2:25cr20032-SHL

**SANJEEV KUMAR,**

    **Defendant.**

**SANJEEV KUMAR, M.D.'S RULE 16 EXPERT WITNESS DISCLOSURE**

Defendant, Sanjeev Kumar, by and through his counsel, gives notice pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) of his intent to introduce the testimony of Ramzy H. Rimawi, M.D., as an expert witness in this matter.

Dr. Rimawi is a medical doctor actively licensed in the states of Georgia, Kentucky, and New Jersey. He holds a Florida Expert Witness Certificate. He also holds a North Carolina medical license that was issued in 2011 but is currently inactive.

Dr. Rimawi is a triple board-certified physician in Internal Medicine, Infectious Diseases, and Critical Care Medicine. He currently serves as a Senior Physician with the U.S. Department of Veterans Affairs. He earned his medical degree from Ross University School of Medicine in 2008, followed by an Internal Medicine residency at NYU Langone Lutheran Medical Center. He subsequently completed dual fellowships in Infectious Disease and Critical Care Medicine at East Carolina University. Throughout his clinical career, he has held leadership roles at Emory University, including Chair of both the Resuscitation and Sepsis Committees, where he contributed to improving outcomes for critically ill patients. He also served as an Assistant Professor of Medicine at Emory University School of Medicine for over a decade. His professional focus has

1

long centered on the prevention, diagnosis, and treatment of healthcare-associated infections. His academic work and research reflect a deep commitment to infection prevention and control within clinical settings. He has authored over two dozen peer-reviewed publications and contributed multiple textbook chapters on multidrug-resistant organisms and sepsis in immuno-compromised populations. He serves as an Associate Editor for Critical Care Medicine and Concise Critical Appraisal, and he regularly reviews manuscripts for leading internal medicine journals. He has been invited to present nationally and internationally on topics including hospital-acquired infections, antimicrobial resistance, and evidence-based sepsis guidelines.

The opinions set forth below are based on Dr. Rimawi's review of the relevant records, a detailed list of which is contained in his expert report. The basis of his opinion(s) is based upon his review of the above-referenced materials, as well as his education, training, knowledge, and skill as a medical doctor.

His curriculum vitae, a list of the cases he has testified in within the last four (4) years, and expert report have been produced with Defendant's discovery production to the Government. This disclosure does not include a complete recitation of Dr. Rimawi's testimony, and he may offer additional testimony or opinions during trial. Additionally, he reserves the right to supplement his report as necessary if further information becomes known to him. Any additional opinions will be disclosed no later than 28 days before trial, pursuant to Local Rule 16.1(c)(2).

Dr. Rimawi will provide testimony regarding the information contained in his report, to include the following topics:

1. A hysteroscopy is a minimally invasive procedure that allows a clinician to look directly inside the uterine cavity using a thin, lighted endoscope (hysteroscope) passed through the cervix. The uterus is gently distended—most commonly with normal

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

  saline—to visualize the endometrium and tubal ostia in real time. Instruments can then be passed through the scope to treat pathology during the same session ("operative hysteroscopy").

2. Any medical device that is to be reused must be appropriately reprocessed to ensure it is safe for its intended use.

3. The degree of reprocessing depends on the degree of contact with the patient and the contamination risk of the patient.

4. The APIC endoscope self-study packet aims to educate and ensure safe and proper cleaning and sterilization of endoscopes in the ambulatory care setting. It includes the steps that must be taken before the instrument can be disinfected or sterilized, identifies the Spaulding Classification category that applies to endoscopes, describes the level of disinfection required for endoscopes, provides factors that may interfere with the disinfection process, and states the minimum soak time for each of the two chemical germicides used to disinfect the endoscopes.

5. Dr. Rimawi further defines the term "cleaning" to mean:

    a. Manual removal of all visible dust, soil, other foreign material (usually involves elbow grease).

    b. Scopes must be physically cleaned before they can be chemically disinfected or sterilized.

    c. With friction and fluidics, this is typically performed using a pH-neutral detergent water or enzymatic products.

    d. If an item cannot be cleaned, it cannot be disinfected or sterilized.

6. Dr. Rimawi further defines the term "decontamination" to mean:

3

    a. Process of removing disease-producing microorganisms.

    b. Renders the object safe for handling.

7. Dr. Rimawi further defines the term "disinfection" to mean:

    a. Process that kills or destroys non-sporing infectious agents.

    b. Rarely kills all spores.

    c. Disinfectants are used on inanimate objects only.

    d. This is done by thermal (moist or dry heat) or chemical means.

    e. On devices such as endoscopes and ventilators, which are in contact with mucus membranes, 3% hydrogen peroxide is a stable and effective disinfectant. (See Vesley D et al. 1992;20: 291-300; also see Judd PA et al. 1968;2: 1019-20.)

    f. A "low level" disinfection (LLD) kills most vegetative bacteria (*S. aureus, S. choleraesuis, P. aeruginosa, M. bovis*), fungi (*Trichophyton mentagrophytes*), and lipid/enveloped viruses (coronavirus, CMV, influenza, HIV, HSV). It will not kill spores, non-lipid viruses (poliovirus, rhinovirus, adenovirus, coxsackievirus), and are less active against some gram-negative rods and Mycobacterium tuberculosis. It is typically used for environmental cleaning and cleaning of non-critical items. Examples include a SaniCloth and Maxima.

    g. An "intermediate-level" disinfection (ILD) kills vegetative bacteria, tubercle bacillus, fungi, lipid and non-lipid viruses. It also does not kill resistant bacterial spores. It is used in some semi-critical and non-critical items. Examples include hydrogen peroxide, ethyl/isopropyl/methyl/ethanol alcohols, chlorine compounds, formaldehyde, glutaraldehyde, ortho-phthalaldehyde, iodophors, peracetic acid, phenolics, and quaternary ammonium compounds. Published

4

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

    reports ascribe good germicidal activity to hydrogen peroxide and attest to its bactericidal, virucidal, sporicidal, and fungicidal properties. (See William A. Rutala, et al., *Guideline for Disinfection and Sterilization in Healthcare Facilities*, 2008 https://www.cdc.gov/infectioncontrol/pdf/guidelines/disinfection-guidelines-H.pdf (June 2024.))

    h. A "high-level" disinfection (HLD) also kills vegetative bacteria, tubercle bacillus, fungi, lipid/non-lipid viruses, and some spores. It is used for items that enter non-sterile body areas and semi-critical items like scopes. It is also used for items that cannot be steamed or gassed. Non-urologic scopes are soaked in 0.55% ortho-phthalaldehyde (Cidex OPA Solution). According to the October 6, 1999, 510(k) summary of safety and effectiveness related to Cidex OPA Solution, 0.55% ortho-phthalaldehyde is a HLD for reprocessing heat sensitive medical devices with sporicidal activity for which sterilization is not suitable. It was tested and found to be stable for 24 months when stored at 15-30° C.

8. Dr. Rimawi further defines the term "sterilization" to mean:

    a. Process that destroys all forms of microbial life (bacteria, viruses, spores, fungi) on the surface of the device or within a fluid.

    b. Steam heat.

    c. Ethylene Oxide (ETO) gas.

    d. Others (Steris, STERRAD).

9. Dr. Rimawi further defines the term "detergent" to mean:

    a. Surface wetting agents (decreases surface tension).

5

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

    b. Builder (cleaning agent).

    c. Sequestering/chelating agent (suspends soil so it can be washed away).

10. Dr. Rimawi further defines the term "germicide" to mean:

    a. Chemical that will destroy microbes, but not necessarily resistant bacterial spores.

    b. Can be an antiseptic or a disinfectant.

11. Dr. Rimawi will further describe the difference between the terms "antiseptic" and "disinfectant".

    a. Antiseptic – a chemical that inhibits the growth of, or destroys microorganisms on living tissue (i.e., skin).

    b. Disinfectant – a chemical that kills or destroys all microorganisms (except spores) on inanimate objects.

    c. *–cidal* – indicated killing or destruction

    d. *–static* – indicates inhibits growth, does not kill

12. Dr. Rimawi will define the term "Leak Testing" to mean:

    a. A procedure to check the integrity of the channels of an endoscope.

    b. Performed after use and before cleaning.

13. Dr. Rimawi will discuss the Spaulding Classification System, which includes an understanding of the terms "critical," "semi-critical," and "non-critical." The Spaulding Classification System defines these terms as follows:

    a. "Critical" includes items entering sterile tissue or the vascular system are at high risk of infection. Requires sterility. Examples include surgical equipment (scalpels, forceps, retractors, orthopedic tools), biopsy needles, trocars, joint

6

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

      prosthesis, pacemakers, vascular grafts, central venous catheter, arterial lines, arthroscopes, and laparoscopes.

   b. "Semi-Critical" includes items in contact with mucus membranes or non-intact skin, as well as items that are free of microorganisms, except spores. Examples include endoscopes used in non-sterile cavities (gastroscopes, colonoscopes, duodenoscopes, bronchoscopes), cystoscopes, rhinoscopes, laryngoscope blades, reusable transvaginal/transrectal ultrasound probes, reusable vaginal specula, and respiratory therapy circuits/masks.

   c. "Non-Critical" includes items in contact with intact skin. Examples include environmental surfaces, linens, stethoscopes, blood pressure cuffs, pulse-oximetry sensors, furniture.

14. Items such as scopes and instruments that enter non-sterile body cavities (i.e. GI/GU tract) do not need to be sterilized. They must be free of significant organisms on/in the scope from a previous patient or environmental source (i.e. tap water left in a channel, retained disinfectant).

15. Biopsy forceps, either reusable or disposable, that pass through the scope and penetrate tissue must be sterile.

16. By the Spaulding criteria, a diagnostic hysteroscope that only contacts mucosa is considered semi-critical and therefore HLD acceptable.

17. If the provider performs endometrial sampling, this then becomes an operative hysteroscopy given they have penetrated sterile uterine tissue. Therefore, the biopsy/operative instruments are critical and must be sterilized. Many manufacturers (e.g., KARL STORZ) and facilities then treat the entire set—often including the

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

hysteroscope itself—as critical and require sterilization when feasible. Some devices, (e.g., Olympus HYF-V, PENTAX video bronchoscope, Bulkamid Cystoscope, Olympus TJF-Q180V, Olympus ENF) permit HLD for the scope with sterilization as an option, whereas others explicitly require sterilization for hysteroscopy instruments. The reason for this is to avoid equipment failure.

18. In accordance with the 2008 CDC Guidelines for Disinfection and Sterilization in Healthcare Settings, the APIC Endoscope packet advises the following procedures be taken to reprocess a scope:

    a. Immediately after the procedure, the scope should be wiped off to remove gross debris and wrapped in a clean towel prior to being taken to the soiled utility room.

    b. A leak test is required. If failed, it should be labeled as biohazardous and sent to Biomed for repair.

    c. A dipstick test on the disinfectant solution should be performed to ensure potency.

    d. Providers handling the equipment should wear protective equipment.

    e. Follow the manufacturer's cleaning instructions for each scope.

    f. The scope should be immersed, flushed, and soaked in the labeled enzymatic detergent and when cleaning is complete, thoroughly remove any debris or enzymatic cleaner.

    g. Dry the scope and blow/suction the channels to dry.

    h. Place the scope into an automatic reprocessor or place it in a high-level disinfectant (Cidex OPA) for 12 minutes and rinse three times.

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

    i. Aspirate 70% isopropyl alcohol through the ports of the scope and dry with compressed air.

    j. Dry the scope with a lint-free hand towel and store it via hanging.

19. According to the Olympus VESERA HYF-V endoscope instruction manual, specific instructions were provided related to the preparation, cleaning, disinfection, sterilization, reprocessing, and storage of the endoscope. Following each procedure, the exterior of the endoscope should be immediately wiped and channels flushed before transport. This matches the CDC stepwise workflow. An explicit leak test under water with pressurization to detect bubbles is then needed followed by brushing/flushing of all channels even if unused. After, they recommending using an FDA-cleared HLD (e.g., 2–3.5% glutaraldehyde), correct contact time/temperature, and monitoring MEC with test strips when solutions are reused—exactly as the CDC recommends. Afterwards, rinsing (preferably with sterile water) and air purge is also in line with CDC recommendations which advise rinsing with sterile/filtered/tap water as permitted, then alcohol and drying. This is followed by a channel purge with air/alcohol to inhibit microbial growth, and explicit warning to thoroughly dry channels—consistent with CDC's "alcohol flush + forced air dry." The scope is then cleaned and stored in a ventilated cabinet, vertically hanging, to promote drying and prevent recontamination—consistent with CDC.

20. The manual also gives a sterilization option with ethylene oxide gas (ETO) and advises against using steam for risk of damage to the scope body, which also aligns with the CDC device compatibility principles.

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

21. The required protective equipment and adequate ventilation for chemical disinfectants also match the CDC. All accessories must be reprocessed separately according to their specifications, with single-use items discarded. Essentially, the HYF-V hysteroscope (a semi-critical device) instructions related to precleaning, leak testing, manual cleaning, HLD, rinsing, alcohol/air drying, and storage all conform to CDC's 2008 guideline.

22. Additionally, printed instructions were provided to describe the two parts of reprocessing and disinfecting the endoscope. The instructions read, "the first is manual cleaning, which includes precleaning, cleaning, and rising. The second is automated disinfection by using endoscope washer disinfectors, followed by drying and storage." The stages of disinfection and sterilization advised:

    a. Pre-cleaning—after using the scope, immediately flush with remaining saline, rinse with water, soak in Cidex for 7 minutes minimum. For bedside pre-cleaning after use, immediately wipe the insertion tube and flush with detergent per the manufacturer IFU. Transfer dirty scopes in containers labeled "dirty."

    b. Main cleaning—after arriving at the reprocessing room, remove the scope from the bin, wipe with a disinfectant wipe, and store away from clean scopes. Wear protective equipment, perform a leak test, fill sink with 3 gallons of water, add 3oz enzol, immerse the scope under water, insert brush in fluid tape, turn scope buddy on and perform test, remove tester hooker, attach scope to the scope hook and soak scope in sink, start scope buddy for 30 seconds, rinse with water dryer, place in washer, place clear plastic lid and close, perform a 90 second strip test for Disinfectant Rapicide OPA 29, cycle dry, and place in cabinet with fan on.

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

23. A survey involving 127 obstetrics and gynecology physicians revealed that 83% had never been formally trained to appropriately clean and maintain the probe and 94% were unaware of any protocol to clean the device. (See Erik L. Ridley, *Ultrasound probe cleaning education may be lacking*, https://www.auntminnie.com/clinical-news/ultrasound/article/15590609/ultrasound-probe-cleaning-education-may-be-lacking (Apr. 5, 2009).) Given such data, in 2011, USF HEALTH mandated sterilization (not HLD) for all hysteroscopes. According to the February 4, 2014, USF approval request for HYF-V reprocessing using HLD, the flexible hysteroscope cannot be sterilized in the STERRAD and can only be sterilized using ETO gas, which was not available at the USF Health South Tampa Center (STC). Dr. Anthony Imudia provided a policy/procedure from The Massachusetts General Hospital Fertility Center as an example of acceptability for using HLD to reprocess hysteroscopes in the clinic setting. After Olympus received FDA approval to manufacture the diagnostic flexible hysteroscope using HLD for reprocessing, infection control at the STC researched the hysteroscope reprocessing issue and implemented the following recommendations:

   a. The HYF-V can only be used at the STC by a central sterile technician in the central sterile department.

   b. The OBGYN department develops a device-specific policy/procedure to guide the clinic staff on pre-cleaning and preparation for transport.

   c. Training and education must be performed on all staff involved in the reprocessing.

   d. The hysteroscope must be reprocessed immediately before use and transported to the clinic.

11

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

    e. All rigid hysteroscopes or STERRAD-acceptable flexible hysteroscopes continue to be sterilized.

24. According to the rigid metallic endoscope manual, autoclavable endoscopes should be thoroughly cleaned, inspected, and placed in protective trays before sterilization. They should undergo pre-vacuum steam sterilization at 134 °C for 5–8 minutes, followed by adequate drying to prevent wet packs. Accessories should be disassembled if required, chemical and biological indicators used for monitoring, and all scopes cooled and checked for packaging integrity before sterile storage.

25. According to the HysteroViu (Hystero-V Hysteroscope Diagnostic Cannula) indications for use label, the scope permitted viewing of the cervical canal and uterine cavity for the purpose of performing diagnostic procedures and to obtain an endometrial sample (biopsy) in an outpatient or office setting. It was to be sterilized only using Ethylene oxide.

26. According to the Olympus HYF type XP hysterofiberscope instructions, the (semi-critical device that contacts mucous membranes) precleaning, leak testing before immersion, meticulous manual cleaning, HLD, post-HLD rinse, drying, storage, and use of protective equipment also track the 2008 CDC framework. Additionally, ETO gas sterilization is permitted with explicit parameters and required aeration, while steam is contraindicated for the scope (autoclave allowed for marked accessories only).

27. The Karl Storz reprocessing instructions illustrate detailed instructions and instruments used in hysteroscopy. For reusable semi-critical devices (endoscopes), sterilization is required whenever feasible, and when not feasible, HLD is the minimal acceptable process. For critical items used in hysteroscopy, sterilization (not HLD) is required.

12

Acceptable sterilization methods include ETO, steam (for scopes explicitly marked as autoclavable), and STERRAD if compatible. The instructions warn against using steam sterilization, flash sterilization, and autoclaving (when not clearly labeled) on any Karl Storz flexible endoscopes. If sterilization of the device that involves the rectum, vagina, or esophagus is not possible (i.e., HYF-V), the CDC recommends a high-level disinfectant. (See William A. Rutala, et al., *Guideline for Disinfection and Sterilization in Healthcare Facilities*, 2008 https://www.cdc.gov/infectioncontrol/pdf/guidelines/disinfection-guidelines-H.pdf (June 2024.)) The high-level disinfectants assist with eradicating spore-forming bacteria, including *Bacillus* spp and *Clostridioides* (formerly *Clostridium*) *difficile*.

28. Unlike the true single-use disposable hysteroscopes (i.e. LiNA OperaScope, HysteroViu cannula), the Olympus HYF-V/HYF-XP and KARL STORZ systems were designed, marketed, and the IFU/FDA-cleared for reuse with HLD or ETO sterilization, so its' reuse is not inherently improper.

29. The HYF-V/HYF-XP hysterovideoscope was designed to be reprocessed and reused using HLD or ETO-sterilization between patients. The IFU contains full reprocessing chapters and procedures, including HLD and an option for ETO gas sterilization—language that only appears for reusable devices. Therefore, the device was not intended for single use only and there does not appear to be evidence of failure to properly disinfect or discard the medical equipment.

30. The reuse of the HYF-V/HYF-XP after cleaning and appropriate HLD minimized the unreasonable risk of infectious cross-transmission to the patients.

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a

31. Hysteroscopes, by design, have fewer channels than GI endoscopes (duodenoscopes) and carry a lower infection risk.

32. Studies showing minimal to no infection outbreaks linked to hysteroscope reuse when HLD is followed. Infection transmission via reprocessed hysteroscopes is exceedingly rare when CDC-conforming protocols are followed.

33. Transmission of lipid-enveloped viruses such as Herpes simplex virus and HIV is even less likely, since these organisms are readily inactivated by low-level disinfectants and thus pose minimal risk under proper reprocessing. In contrast, trichomonas vaginalis is a protozoan parasite; while less hardy than bacterial spores, it is more resistant than enveloped viruses and requires at least the high-level disinfection validated for semi-critical devices.

34. The hysteroscopes in this case were disinfected according to standards for semi-critical devices, and sterilization was not required to reliably prevent transmission of trichomonas vaginalis.

35. Based on Dr. Rimawi's review, he will opine the allegations concerning device adulteration and misbranding overstate infection risks and do not align with CDC, FDA, and manufacturer standards for reusable hysteroscopes. Importantly, no evidence has been presented that patient harm occurred because of Dr. Kumar's reprocessing practices.

I,  , have reviewed the foregoing disclosure regarding my opinions, qualifications, and prior testimony, and it is true and accurate.

Respectfully submitted,

s/ Maritsa A. Flaherty
Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (*pro hac vice*) (Mich. Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346)Chapman
Ron@chapmanandassociates.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com
*Attorneys for Dr. Sanjeev Kumar*

15

Document ID: ce1d90ff9ae5cbdb5d8776832aeacf69a1dc4a6a0209a978db786a04e078ed6a