

Elena R. Mosby
Direct: 901.524.5104
emosby@bpjlaw.com

LAW OFFICES
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024
bpjlaw.com

October 17, 2025

<u>VIA E-MAIL</u>
Lynn Crum
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103
lynn.crum@usdoj.gov

  Re: *United States v. Sanjeev Kumar*, No. 2:25-cr-20032-SHL

Dear Ms. Crum:

  I received your letter dated April 2, 2025, requesting reciprocal discovery in the above-referenced matter. I am sending you under separate cover a secure link to the discovery files that you can preview and download via the Internet, all of which are being produced pursuant to the Protective Order entered in this matter.

  In response to your discovery request, Dr. Kumar has provided Bates KUMAR_000001 through KUMAR_001447, as well as an Index of the discovery provided, consisting of:

- CDC Guidelines for disinfection and sterilization;
- Scholarly articles and literature for medical procedures, sterilization and disinfection, and endometrial cancer;
- Communications between Dr. Kumar and employees of Poplar Avenue Clinic ("PAC"), and communications between employees of PAC and other employees of PAC and/or medical device company representatives;
- Communications between Dr. Sanjeev Kumar and Dr. Ben Abdu;
- Invoices for medical devices;
- Patient medical records;
- Policies and procedures of PAC;
- Training materials and guidance for PAC employees, including training certifications;
- Policies and procedures of Dr. Ben Abdu;
- Pre-payment review notices and results;
- Telephone records;
- Photographs and inventory of medical devices available at PAC;
- Instructions, protocols, certifications, memorandums, guidance, and bulletins for and related to medical devices and products used by Dr. Kumar and PAC; and
- Curricula vitae and expert reports of expert witnesses, including lists of past expert testimony and depositions.

      Dr. Kumar continues to request any discovery in possession of the United States that has not been provided as well as exculpatory information.

Very truly yours,<br>
BURCH, PORTER & JOHNSON, PLLC<br><br>
*Elena R. Mosby*<br><br>
Elena R. Mosby

cc:    Scott Smith
        Sarah Pazar Williams
        Ronald Chapman
        Maritsa Flaherty
        Lawrence J. Laurenzi