

**U.S. Department of Justice**

United States Attorney
Western District of Tennessee

---

*800 Federal Office Building*     *Telephone (901)544-4231*
*Memphis, Tennessee 38103*     *Fax (901)544-4230*

October 22, 2025

Ronald W. Chapman, II
Chapman Law Firm
1300 Broadway St. Fl 7
Detroit, Michigan 48226

Maritsa Ann Flaherty
Chapman Law Group
1441 W. Long Lake Road, Suite 310
Troy, Michigan 48098

Lawrence Laurenzi
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

Elena Mosby
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

**Re:** *United States v. Sanjeev Kumar*
   Cr. No. 25-20032-SHL

Dear Counsel:

Additional discovery was uploaded to USAfx, consisting of:

- updated Medicaid peer data comparisons

In response to your supplemental discovery request dated October 6, 2025 and filed October 7, 2025:

3. There is no responsive data.

1

      Everything is produced pursuant to the protective order that was entered in this case. Please treat these documents as required by the order.

      The United States is aware of its discovery obligations and will continue to update discovery with any new materials that it might receive.

                                  Sincerely,

                                  D. Michael Dunavant
                                United States Attorney
                                Western District of Tennessee

                    By:      /s/ Lynn Crum
                                Lynn Crum
                                Assistant United States Attorney

cc:  United States District Court Clerk