# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                                    Cr. No. 2:25cr20032-SHL

**SANJEEV KUMAR,**

    **Defendant.**

## DEFENDANT'S MOTION FOR STATUS CONFERENCE

Dr. Sanjeev Kumar, by and through undersigned counsel, respectfully submits this Motion for Status Conference. In support of the Motion, Dr. Kumar would show as follows:

1. On October 14, 2025, the Parties appeared before the Court for a report date. The Parties confirmed to the Court that they were prepared to go to trial on December 1, 2025.

2. On October 17, the Court dismissed Counts 1–9, 12–13, 16–18, 21–22, and 25 of the Superseding Indictment. (ECF No. 124.)

3. On October 28, counsel for the Government informed counsel for Dr. Kumar that they intended to present a Second Superseding Indictment to the Grand Jury. Though the Government generally stated the nature of the charges, the Government did not divulge any specific information.

4. Two days later, on October 30, the Grand Jury returned a Second Superseding Indictment against Dr. Kumar, adding a total of 27 counts.

5. The Government has informed counsel for Dr. Kumar that it remains to be prepared to go to trial on December 1, 2025.

6. The Parties are not scheduled to appear before the Court again until November 14, 2025, for a final report date.

7. Given the short window of time between the return of the Second Superseding Indictment and trial, Dr. Kumar respectfully moves for a status conference to set deadlines for motions to dismiss, motions in limine related to the additional charges, and, if needed, supplementing expert disclosures to account for the additional charges. Undersigned counsel is reviewing the Second Superseding Indictment, which was provided to them yesterday afternoon at approximately 3:45 p.m., and will be prepared to address whether Dr. Kumar needs additional time to prepare for trial.

8. Dr. Kumar is scheduled to be arraigned on November 3, 2025.

9. Dr. Kumar respectfully requests, if possible, that the status conference be scheduled also for November 3, 2025, as his out-of-town counsel will already be in Memphis.

10. Undersigned counsel consulted with counsel for the Government on October 30, 2025, about this motion. The Government does not oppose setting a status conference but opposes additional dates being set for motions to dismiss, motions in limine related to the additional charges, and supplementing expert disclosures to account for the additional charges.

Respectfully submitted, this 31st day of October, 2025,

                                               s/ Elena R. Mosby
Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com

Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (*pro hac*) (Mich. Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346) Chapman
Ron@chapmanandassociates.com

*Attorneys for Dr. Sanjeev Kumar*

## CERTIFICATE OF CONSULTATION

      Counsel for Dr. Kumar, Elena R. Mosby, consulted with counsel for the Government, Lynn Crum, on October 30, 2025, via e-mail about the instant motion. The Government does not oppose setting a status conference but opposes additional dates being set for motions to dismiss, motions in limine related to the additional charges, and supplementing expert disclosures to account for the additional charges, and stated that it will comply with the Court's current scheduling order.

                                                    s/ Elena R. Mosby