# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

UNITED STATES OF AMERICA,

       **Plaintiff,**

v.                                           **Cr. No. 2:25cr20032-SHL**

SANJEEV KUMAR,

       **Defendant.**

---

## SANJEEV KUMAR, M.D.'S RULE 16 EXPERT WITNESS DISCLOSURE
## AMENDED REPORT OF AMY GARCIA, M.D.

---

Defendant, Sanjeev Kumar, by and through his counsel, gives notice pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C) of his intent to introduce the testimony of Amy Garcia, M.D., as an expert witness in this matter.

### A. Background

The Centers for Disease Control and Prevention (CDC) updated its online, evidence-based guidelines for disinfection and sterilization in healthcare facilities in June 2024, which are available to the public.[1] Recommendations for sterilization and disinfection are divided into three categories for instruments or items used in medical procedures: critical, semicritical, and noncritical, based on the infection risk associated with their use.

Instruments are considered critical when they enter sterile tissue or the vascular system because any microbial contamination could transmit disease. These items should be bought sterile

---

[1] William A. Rutala, P.D., M.P.H.1,2, David J. Weber, M.D., M.P.H.1,2, and the Healthcare Infection Control Practices Advisory Committee (HICPAC)3, *Guideline for Disinfection and Sterilization in Healthcare Facilities, 2008 Update: June 2024*, in *Centers for Disease Control*. 2024.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

or sterilized through methods such as steam, ethylene oxide (EtO) gas, or hydrogen peroxide gas plasma for heat-sensitive items. Semicritical items contact intact mucous membranes or non-intact skin, like endoscopes (hysteroscopes), and need high-level disinfection (HLD) with chemical disinfectants. Noncritical items contact intact skin but not mucous membranes and can be cleaned with a surface disinfectant.

    *1.* *Sterilization and High-Level Disinfection:*

There is a difference between sterilization and disinfection, both of which can be performed in outpatient or office settings. The CDC provides definitions for both. Sterilization involves any physical or chemical process that kills all types of microbial life, including bacterial and fungal spores. Chemical sterilants are used when chemicals are involved in sterilization. When these chemical sterilants are applied for shorter periods, they are part of a "high-level" disinfection process that destroys most or all microorganisms, except for some bacterial spores. The U.S. Food and Drug Administration (FDA) describes a high-level disinfectant as a chemical sterilant used for a shorter contact time to reduce microorganisms by a factor of 1,000,000 ($10^6$), which means a 99.9999% reduction in their numbers.

    *2.* *Complex and Simple Endoscopes:*

Complex flexible endoscopes, such as those used in gastroenterology, differ significantly in the number and function of their channels from simple flexible endoscopes, like hysteroscopes and cystoscopes, which mainly serve diagnostic purposes. Complex endoscopes are generally much larger in diameter (11.8–12.8 mm) than hysteroscopes (3.1–3.8 mm) because they are designed to access larger organ spaces and perform operative procedures. Usually, a complex endoscope features four channels: a primary instrument or biopsy channel for passing tools, along

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

with channels for air, water, and suction that run the full length of the endoscope (e.g., a colonoscope measures between 133 cm and 168 cm in length).

In contrast, flexible hysteroscopes with a single channel are typically used for diagnosis and rarely function as operative instruments (22 cm to 29 cm long), while rigid hysteroscopes with multiple channels are also relatively short (25 cm to 30 cm). All endoscope channels must be pre-cleaned, cleaned, and disinfected during reprocessing. Complex endoscopes are therefore more often reprocessed using automated systems, whereas single-channel flexible and multi-channel rigid hysteroscopes can be efficiently reprocessed manually.

**B. Endoscope Reprocessing Guidelines**

1. *Reprocessing Steps:*

Recommended steps for reprocessing flexible or rigid endoscopes, whether using HLD or steam, manually or with automated systems, are outlined in the endoscope manufacturer's instructions for use (IFU),[1,2,3] and are FDA-approved guidelines. Although there are some differences in language, minor additions, or omissions among various endoscopes and IFUs, the accepted general principles of reprocessing endoscopes align with the following actions:

1. Withdraw the endoscope
2. Pre-clean (as soon as possible at the bedside)
3. Leak test (flexible endoscopes)
4. Manually clean using detergent
5. High-level disinfection or sterilization
6. Rinsing after high-level disinfection (if applicable)
7. Drying and storage

---

[2] Olympus, *Instructions For Use. Visera Hysterovideoscope OLYMPUS HYF TYPE XP*
[3] Olympus, *Olympus Instructions For User. Visera Hysterovideoscope OLYMPUS HYF TYPE V*.

3

2. _Endoscope Pre-Cleaning, Leak Testing, and Cleaning:_

Endoscope reprocessing requires wearing personal protective equipment (PPE) during all handling and cleaning steps. Reprocessing rooms usually have a sink or basin with running water and separate areas for the "dirty" and "clean" endoscopes. Thorough pre-cleaning and cleaning are essential before high-level disinfection and sterilization, as residual inorganic and organic materials on the instruments can interfere with these processes. Pre-cleaning immediately after use, by wiping the endoscope with detergent and pressure-flushing the channels with detergent, prevents debris from drying inside the channels. After pre-cleaning, flexible endoscopes are tested for channel integrity leaks using specialized pressure gauges. It is essential to detect internal channel damage before submerging the endoscope in liquid for cleaning. Failure to identify leaks can allow fluids to enter the endoscope, causing damage and increasing the risk of microorganism contamination and patient harm.

Cleaning involves gently rubbing with a soft, lint-free cloth and using water and detergents, with or without enzymes that break down organic proteins, to remove visible debris. Endoscopes with channels, such as hysteroscopes, require cleaning brushes; if the brushes do not fit the small channels, pressurized fluid, either automated or manually applied with a syringe, should be used to flush out debris. After manual cleaning, the endoscope should be soaked in diluted detergent. It is essential to follow the IFU for enzymatic and non-enzymatic detergents regarding dilution and exposure times. After soaking, rinse the endoscope with water and flush the channels to remove any remaining detergent before high-level disinfection.

Automated flushing systems replace manual syringing with a timed, automatic process that flushes fluids through multiple channels simultaneously. They are used for rinsing, detergent

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

flushing, and soaking before high-level disinfection. Automated flushing systems improve manual endoscope cleaning by providing consistent, hands-free flushing of all endoscope channels.

3. *Chemical Sterilant and Sporicide for High-Level Disinfection*

The chemical sterilant 0.55% ortho-phthalaldehyde (OPA) is also sporicidal and FDA-approved for high-level disinfection of semicritical instruments. Therefore, when OPA is used for HLD of semicritical instruments according to the manufacturer's IFU, no additional sterilization is required.[4] As a result, many medical specialties in the U.S., including gynecology, urology, otolaryngology, and gastroenterology, rely on OPA for safe and effective HLD of semicritical endoscopes in hospital, outpatient, and office settings. All channels must be flushed during soaking to ensure contact with the disinfectant on all surfaces throughout the exposure time. The FDA and the manufacturer recommend an exposure time of 12 minutes at 20°C (68°F), with a maximum reuse period of 14 days. Once the container is opened, the OPA can be used for 75 days and has a 2-year shelf life when unopened. Test strips are regularly used to verify effective concentration before use, and it is generally safe to dispose of used OPA properly into municipal sewer systems. However, a chemical neutralizer can be added to make it inert.

4. *Rinsing and Drying:*

After high-level disinfection, rinsing endoscopes and flushing channels with sterile water, filtered water, or tap water helps prevent adverse effects caused by disinfectant residue. Using sterile water eliminates the risk of contamination from potential organisms in tap water. However, tap water can be used to rinse the endoscope, followed by rinsing with 70%-90% isopropyl alcohol, which has antimicrobial properties, including in the channels, then allowing it to air dry. When performed, forced-air drying, whether automated or with a syringe and air, significantly reduces

---

[4] Administration, U.F.a.D., *Reprocessing Medical Devices in Health Care Settings: Validation Methods and Labeling Guidance for Industry and Food and Drug Administration Staff.* 2017.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

bacterial contamination in stored endoscopes by removing the moist environment that promotes bacterial growth. Additionally, flushing the channels with alcohol displaces water, promotes evaporation, and aids in drying.

5.   *Storage*

Before storing, endoscopes are thoroughly dried on all external surfaces and channels, including any accessories. For endoscopes with a lever to deflect the distal tip, the lever is locked to keep a straight position. The endoscope is then hung in a storage cabinet with the distal end freely hanging. The storage cabinet must be clean, dry, well-ventilated, and maintained at room temperature.

6.   *Automated Endoscope Reprocessor*

An automated endoscope reprocessor (AER) is a device that automates several steps in the reprocessing cycle for one or more endoscopes. It is most commonly used in hospitals and outpatient ambulatory surgical centers with high procedure volumes and multiple users of complex endoscopes to improve efficiency and ensure proper disinfection. The process includes washing, high-level disinfection, rinsing, and drying. Some units also perform continuous leak testing. After manual cleaning, which remains a critical first step, the endoscope is placed in the AER, where its channels are connected to the system using flexible tubing.

Some AERs have separate, complementary automated flushing systems that are used after manual cleaning to rinse and remove enzymatic detergents. These two systems use compatible channel connectors that stay in place after flushing, making it easier and more efficient to connect the endoscope to the AER.

Once connected, the machine circulates a high-level disinfectant solution through the internal channels and around the outside for a specified period, ensuring all surfaces are thoroughly covered. After disinfection, the machine automatically rinses the endoscope with sterile water to

6

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

remove any chemical residues. Some AERs also perform an alcohol flush followed by air drying of the channels to prevent microbial growth. Throughout the process, the machine automatically records cycle data.

The main benefits of AERs are that they standardize and verify the critical high-level disinfection process, ensuring consistent contact time and disinfectant concentration. This standardization greatly improves patient safety by reducing human error and lowering the risk of infection transmission from improperly reprocessed endoscopes. Additionally, AERs improve staff safety by minimizing their direct contact with chemical disinfectants. The most notable drawback of using AERs is the high initial cost of the equipment.

7. *Sterilization*

Sterilization occurs in an autoclave using pressurized, moist heat. Steam under pressure is the most common, affordable, and reliable method to sterilize items. It is non-toxic, quickly kills microbes, and destroys spores even on fabrics. The pressure allows the high temperatures necessary to kill microorganisms effectively. These temperatures must be maintained for a specific period to ensure complete sterilization. For example, wrapped healthcare supplies and instruments require at least 30 minutes of exposure at 121°C (250°F). Steam sterilization indicators include chemically treated paper tabs, adhesive tapes, and specially designed packaging that change color when exposed to 121°C (250°F) under pressure for 30 minutes, confirming sterilization conditions are met. All instruments sterilized with steam should have a corresponding indicator.

Steam sterilization is recommended for many rigid endoscopes, and each manufacturer may have specific guidelines in its IFU regarding temperature and exposure time. It is crucial to follow the IFU to prevent damage to delicate optical components and ensure effective sterilization. For some rigid hysteroscopes, the IFU recommends HLD with OPA as the sterilization method.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

Countertop or portable autoclaves are typically used in outpatient and office settings, while larger units and other automated systems are common in hospitals.

### C. **Additional Guidelines**

*1. Staff Training*

Many standards have been proposed for training medical staff and assessing their ability to reprocess endoscopes. Similar to endoscope IFUs, which use comparable language and differ slightly while agreeing on key processing steps, recommendations for staff training and documentation procedures tend to follow a similar pattern. Although protocols may differ slightly, widely accepted practical methods enhance reprocessing quality and efficiency when implemented.

Until 2021, these widely accepted methods had not been extensively validated through scientific research. A multi-society task force consisting of groups from gastroenterology, surgery, infection control, and epidemiology was assembled to review the core principles of complex endoscope reprocessing, including staff training, and to evaluate their effectiveness and accuracy based on existing clinical studies.[5] Nearly all of the "strong recommendations" were linked to "low quality of evidence," and sometimes "moderate quality." This includes the reprocessing steps outlined earlier. Although there is no "strong quality" clinical evidence, future studies may provide more clarity. Nonetheless, following these guidelines remains sensible, as they represent best practices and a logical approach. These recommendations mainly address complex, flexible gastroenterology endoscopes, primarily used in hospitals or outpatient surgical centers. Many suggestions may not be relevant or necessary in office settings, but reasonable comparisons can be

---

[5] Day, L.W., et al., *Multisociety guideline on reprocessing flexible GI endoscopes and accessories.* Gastrointest Endosc, 2021. 93(1): p. 11-33.e6.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

made for simple, flexible, and rigid endoscopes. The list of recommendations for all stages of reprocessing complex endoscopes is available in Appendix A. Below are the task force's recommendations regarding staff training.

2. *Strong Recommendation, Low Quality Of Evidence*

   1. The endoscopy unit has a written environmental disinfection and endoscope reprocessing policy, and staff are oriented to it.

   2. All healthcare personnel in the endoscopy unit are trained in and comply with standard infection prevention and control recommendations (e.g., universal precautions), including those to protect both patients and healthcare workers.

   3. Personnel assigned to reprocess endoscopes receive model-specific reprocessing instructions and training (i.e., endoscope manufacturer, as needed) to promote proper cleaning and HLD/sterilization and to maintain appropriate documentation of all reprocessing steps. Staff should receive these instructions, training, and have competency documented before being assigned to perform HLD or sterilization of those devices.

3. *Strong Recommendation, Moderate Quality Of Evidence*

   4. Competency evaluation of personnel who reprocess endoscopes is performed and documented on a schedule defined by the organization (e.g., at commencement of employment, at least annually, whenever a breach is identified, when a primary technique, new endoscope, or reprocessing accessory is introduced, and in the context of local quality control efforts). Temporary personnel should not be allowed to reprocess endoscopes until competency has been established and verified.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

### D. **Assessment of Endoscope Reprocessing**

This document outlines reasonable recommendations for reprocessing endoscopes and training office staff to meet accepted standards of care. Dr. Garcia has used the information presented here as the basis for her evaluation of Dr. Kumar and his office, Poplar Avenue Clinic (PAC), regarding reprocessing and staff training for both flexible and rigid endoscopes. She has reviewed the documents provided to her, including photos from the search warrant, the PAC employee handbook, PAC protocols, endoscope and chemical IFUs, training videos, and the hysteroscope inventory.

Additionally, Dr. Garcia personally toured PAC on October 13, 2025. While at PAC, it mostly resembled the photos; however, Dr. Garcia was able to see the exam rooms, evaluate hysteroscopic towers, review protocol binders and operating manuals, and examine chemicals and supplies. She observed essential reprocessing items such as the washing bins marked "dirty," OPA test strips, sterilization indicator packaging, chemicals (70% isopropyl alcohol, Rapicide OPA/28, and FlexClean 895 detergent), the Scope Buddy decontamination beaker, cleaning and maintenance logs, and instructional wall charts, which were not visible in the photos.

### E. **Opinions of Dr. Garcia**

1. Dr. Garcia completed her fellowship training in laparoscopic and hysteroscopic gynecologic surgery. She has spent twenty years in private practice and surgical education, teaching hysteroscopy both nationally and internationally with leading gynecologic surgery organizations.

2. In 2018, Dr. Garcia shifted her practice to focus on office-based diagnostic and operative hysteroscopy. She collaborates with medical device companies to design hysteroscopes and hysteroscopic instruments, and teaches other gynecologic surgeons about their use.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

3. Dr. Garcia has personally owned and used, or currently uses, Olympus, KARL STORZ, and Myosure rigid hysteroscopes, which Dr. Kumar also uses. Currently, she uses the same Olympus HYF-XP and HYF-V flexible hysteroscopes as Dr. Kumar. Dr. Garcia is also very familiar with the KARL STORZ flexible hysteroscope that Dr. Kumar uses. She performs manual cleaning with HLD and steam sterilization to reprocess endoscopes in her office.

4. Dr. Garcia bases her evaluation of Dr. Kumar's endoscope reprocessing on the available clinical information and guidelines, as well as her experience and that of other gynecologists and colleagues in infertility and gynecologic oncology.

5. She also considered the office setting and the type and complexity of the flexible and rigid hysteroscopes used. She has not judged this against expectations in a hospital or outpatient surgical center with complex endoscopes.

6. She has evaluated Dr. Kumar's medical practice from this perspective and reached reasonable, credible conclusions regarding the reprocessing of both flexible and rigid hysteroscopes.

7. Based on her findings, she has information indicating that Dr. Kumar and his office not only meet the reasonable guidelines and standards of care expected of other gynecologists, including those specializing in fertility and oncology, but also go beyond what is typically considered the standard of care.

   a.   For example, in every exam room where hysteroscopic procedures are performed with reusable endoscopes, there is a wall chart titled "Olympus Flexible Endoscope Cleaning and Disinfection Guide" with step-by-step instructions and images for precleaning, done at the bedside, leak testing, manual cleaning, and rinsing, which

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

are performed in the reprocessing room. Another of the same wall charts is also posted in the reprocessing room.

    b.   Perhaps the most notable difference that sets Dr. Kumar and his practice apart from others is his use of an automated endoscope reprocessor (AER DSD-201) and the related automated flushing system (Scope Buddy) for reprocessing flexible endoscopes, instead of manual cleaning and HLD, which is the standard of care for office hysteroscopy. Dr. Kumar has an automated process that significantly improves quality, efficiency, and patient safety in the office setting.

8. Dr. Garcia has provided an outline that aligns Dr. Kumar's practice with staff training and endoscope reprocessing guidelines, which will demonstrate that Dr. Kumar meets, and in some areas exceeds, the standard of care.

### *Staff Training*

1. The endoscopy unit has a written environmental disinfection and endoscope reprocessing policy, and staff are oriented to it.

    a.   Employee Handbook and procedure instructions

2. All healthcare personnel in the endoscopy unit are trained in and comply with standard infection prevention and control recommendations (i.e., Occupational Safety and Health Administration, OSHA)

    a.   OSHA training modules for medical assistants (MAs)

        i.   Bloodborne pathogens, sharps safety, biohazard and hazardous chemical safety, hand hygiene, and personal protective equipment training documentation for staff who work directly with patients and/or reprocessing.

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

3. Personnel assigned to reprocess endoscopes receive model-specific reprocessing instructions and training (i.e., endoscope manufacturer, as needed) to promote proper cleaning and HLD/sterilization and to maintain appropriate documentation of all reprocessing steps. Staff should receive these instructions, training, and have competency documented before being assigned to perform HLD or sterilization of those devices.

    a. New Employee Training and Competency Confirmation Logs

        i. Set up the room, ultrasound, and hysteroscopy. Perform autoclave sterilization and AER (referred to as washer).

    b. Endoscope Reprocessing Guide; simplified terms, easy to follow, step-by-step instructions from the Association for Professionals in Infection Control and Epidemiology (APIC)

    c. Hysteroscope Disinfection/Sterilization Employee Training Record

        i. Employee training session

    d. Confirmation of AER Training Record

    e. AER in-service

        i. MedService clinical training in-service on the DSD-201 AER, including Scope Buddy

        ii. DSD-201 in-service instructional video: *Automated Endoscope Reprocessor*

        iii. Scope Buddy instructional video: *Setup and Use Instructional Video*

    f. Employee Handbook Information

        i. OPA IFU

        ii. KARL STORZ reprocessing instructions

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

      iii.  Manual HLD instructions with OPA

      iv.  Olympus System Guide Endoscopy

      v.  Changing Cidex

      vi.  Procedure Set-ups with photos, i.e., hysteroscopy

4. Competency evaluation of personnel who reprocess endoscopes is conducted and documented according to an organization-defined schedule.

    a.  See numbers 2 and 3.

*Reprocessing Endoscopes:*

1. Wall Charts, binders, instructional information

    a.  AER (model DSD-201)

      i.  DSD-201 in-service instructional video: *Automated Endoscope Reprocessor*

      ii.  DSD-201 Service Manual

      iii.  DSD-201 User Manual

      iv.  DSD-201 Set up Functions

      v.  DSD-201 Disinfectant Dump and Load Quick Start Guide

      vi.  DSD-201 Pre-filter Replacement step-by-step instructions

      vii.  DSD-201 Quick Start Guide step-by-step instructions

      viii.  AER machine cleaning (additional steps) step-by-step instructions

      ix.  Manual Cleaning Instructions with Scope Buddy and AER

      x.  Rapicide OPA/28 Safety Data Sheet

      xi.  Instructions for Rapicide

      xii.  AER OPA monthly change log with step-by-step instructions

      xiii.  AER filter change log

14

xiv.   AER disinfectant and filter change log

xv.   AER and Scope Buddy tubing specific to different endoscopes

b.   Endoscopes

i.   Scope Sterilization Binder

1.   Hysteroscope cleaning log

2.   Photos of endoscopes with inventory log

ii.   Scope Buddy instructional video: Setup and Use Instructional Video

iii.   Scope Buddy User Manual

iv.   Scope Buddy step-by-step instructions

v.   CIDEX OPA step-by-step instructions

vi.   Manual cleaning of endoscopes with step-by-step instructions (1-8)

vii.   FlexClean 895 IFU with step-by-step instructions

viii.   Preparation Before Lab: PPE steps 1-3

ix.   Instructions for cleaning, disinfecting, or sterilizing rigid hysteroscopes step-by-step instructions

x.   Manual HLD Instructions for rigid and flexible endoscopes, adapted from KARL STORZ

xi.   Instructions to rinse and Cidex instruments

xii.   Steps in disinfecting the endoscope at the bedside step-by-step instructions

xiii.   Scope cleaning before the scope processor step-by-step instructions

1.   KARL STORZ Flexible Hysteroscope IFU

2.   Olympus HYF-XP IFU

3.   Olympus HYF-V IFU

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

    4.   Olympus flexible hysteroscope reprocessing step-by-step instructions

    5.   Olympus flexible hysteroscope accessory reprocessing step-by-step instructions

2.   Additional Equipment and Supplies Supporting Reprocessing

    i.   Autoclave

      1.   Speed-Clean for Autoclave step-by-step cleaning instructions

      2.   Inspection confirmation of a pass for the biologic threshold

      3.   Specialized try for long hysteroscopic operative instruments

      4.   Instrument rust remover

      5.   Specialized steam sterilizer indicator packaging

    ii.   Fan-driven large and small drying cabinets for multiple flexible endoscopes

    iii.   Chemicals and Supplies

      1.   Bins for dirty and clean endoscopes

      2.   FlexClean 895 Detergent

      3.   70% isopropyl alcohol

      4.   MetriCide OPA test strips

      5.   Rapicide OPA/28 test strips

      6.   Scope Buddy decontamination beaker

      7.   AER filters and connectors

      8.   MetriCide Glutaraldehyde

      9.   Timer

      10. Disinfectant wipes

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

I, *Amy Garcia* _____, have reviewed the foregoing disclosure
regarding my opinions, qualifications, and prior testimony, and it is true and accurate.

Respectfully submitted,

s/ Maritsa A. Flaherty
Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar
No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (*pro hac vice*) (Mich.
Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346)Chapman
Ron@chapmanandassociates.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com
*Attorneys for Dr. Sanjeev Kumar*

17

# APPENDIX A

**TABLE 2. Multisociety guideline recommendations on the reprocessing of flexible GI endoscopes and accessories**

**Staff training and competency of endoscope reprocessing skills**

- Endoscopy unit has a written environmental disinfection and endoscope reprocessing policy and staff are oriented to it (Strong recommendation, Low quality of evidence).
- All healthcare personnel in the endoscopy unit are trained in and comply with standard infection prevention and control recommendations (eg universal precautions), including those to protect both patients and healthcare workers (Strong recommendation, Low quality of evidence).
- Personnel assigned to reprocess endoscopes receive model-specific reprocessing instructions and training (ie, endoscope manufacturer, as needed) to promote proper cleaning and high-level disinfection (HLD)/sterilization and to maintain proper documentation of all reprocessing steps. Staff should receive these instructions, training, and have competency documented before being assigned to perform HLD or sterilization of those devices (Strong recommendation, Low quality of evidence).
- Competency evaluation of personnel that reprocess endoscopes is performed and documented on a schedule defined by the organization (eg commencement of employment, at least annually, anytime a breach is identified, when a major technique or new endoscope or reprocessing accessory is introduced, and in the context of local quality control efforts). Temporary personnel should not be allowed to reprocess endoscopes until competency has been established and verified (Strong recommendation, Moderate quality of evidence).

**Endoscopy unit layout**

- Reprocessing facilities are designed with attention to the optimal flow of personnel, endoscopes, and devices to avoid contamination between entering soiled instruments and reprocessed instruments (Strong recommendation, Low quality of evidence).
- Reprocessing of endoscopes (other than immediate precleaning/point of use treatment) are not performed in patient care areas because of risk of patient exposure to contaminated surfaces and devices (Strong recommendation, Low quality of evidence).
- There are separate areas for manual cleaning and disinfecting equipment and drying and storage of clean endoscopes (Strong recommendation, Low quality of evidence).
- Facilities where endoscopes are used and disinfected are designed to provide a safe environment for healthcare workers and patients (Strong recommendation, Moderate quality of evidence).
- Eyewash stations are available to reprocessing staff using caustic chemicals (Strong recommendation, Low quality of evidence).
- Eyewash stations are placed near sinks used for washing or soaking soiled endoscopes (Strong recommendation, Low quality of evidence).
- Air exchange equipment (eg, ventilation system and exhaust hoods) are used to minimize the exposure of all persons to potentially toxic vapors. The vapor concentration of the chemical disinfectant used should not exceed allowable limits (eg, those of the American Conference of Governmental Industrial Hygienists and the Occupational Safety and Health Administration) (Strong recommendation, Moderate quality of evidence).

**GI endoscope reprocessing**

**Precleaning**

- Perform precleaning/point of use treatment immediately after a procedure is completed, before bioburden has an opportunity to dry, and before comprehensive decontamination (Strong recommendation, Low quality of evidence).
- Wipe the exterior of the endoscope with a detergent solution described in the manufacturers' instructions for use (IFU) (Strong recommendation, Low quality of evidence).
- Aspirate detergent through all channels (eg, air/water and biopsy channels) until the aspirant is clear (Strong recommendation, Low quality of evidence).
- Perform precleaning/point of use treatment of specific areas of duodenoscopes (eg, elevator channel, recess) and specialty care endoscopes (eg balloon attachment groove in echoendoscopes) per manufacturer instructions (Strong recommendation, Low quality of evidence).
- Immediately transport the soiled endoscope to the reprocessing area for subsequent steps in HLD before the endoscope and remaining soil have an opportunity to dry (Strong recommendation, Low quality of evidence).
- Use fully enclosed, puncture resistant, leak-proof, and labeled containers for transportation of soiled endoscopes to prevent exposure of staff patients, and the environment to potentially infectious organisms during transport (Strong recommendation, Low quality of evidence).
- Perform pressure/leak testing according to the endoscopy manufacturers' IFU. Pressure/leak testing should occur after bedside precleaning/point of use treatment and before manual cleaning (Strong recommendation, Moderate quality of evidence).

**Manual cleaning**

- Before manual or automated HLD, meticulously clean the entire endoscope, including valves, channels, connectors, and all detachable parts, using only model-specific cleaning devices (such as brushes) designed for the endoscope model being cleaned (Strong recommendation, Low quality of evidence).
- Manual cleaning occurs within the manufacturers' recommended time frame, usually within 60 minutes after the endoscope is released from the procedure. When cleaning is delayed beyond this interval, the manufacturers' IFU for delayed processing are followed (Strong recommendation, Low quality of evidence).
- Disconnect and disassemble endoscope components (eg, air/water and suction valves) and completely immerse the endoscope and components in an appropriate detergent that is compatible with the endoscope, according to the manufacturers' IFU (Strong recommendation, Low quality of evidence).
- Use reprocessing labeling to identify channels that are accessible to flushing and those that are accessible to both flushing and brushing. Flush and brush all accessible channels to remove all organic (eg, blood or tissue) and other residues. At a minimum, per the manufacturers' recommendations in the IFU, repeatedly actuate the reusable elevators of duodenoscopes and linear echoendoscopes to facilitate access for cleaning the recess behind the elevator (Strong recommendation, Low quality of evidence).
- Clean the external surfaces and components of the endoscope using a soft cloth, sponge, or brushes, as described in the endoscope manufacturers' IFU (Strong recommendation, Low quality of evidence).

(continued on the next page)

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

**TABLE 2. Continued**

- Use brushes appropriate for the size of the endoscope channel, parts, connectors, and orifices (eg, bristles should contact all surfaces) for cleaning. All brushes are appropriately sized for the part of the endoscope being brushed and should be approved for this use by the endoscope manufacturer (Strong recommendation, Low quality of evidence).
- Use cleaning tools that are disposable or thoroughly clean and disinfect them between uses according to the manufacturers' IFU (Strong recommendation, Low quality of evidence).
- Discard enzymatic detergents after each use and any time the solution is outside the prescribed dilution concentration or temperature range (Strong recommendation, Low quality of evidence).
- Using lighted magnification, visually inspect both endoscopes and reusable accessories frequently in the course of their use and reprocessing. This inspection may include before, during, and after use (Strong recommendation, Low quality of evidence).
- Exterior endoscope inspection should be done after each manual cleaning cycle and before HLD or sterilization (Strong recommendation, Low quality of evidence).

High-level disinfection

- HLD should be performed in an automated endoscope reprocessor (AER) (Strong recommendation, Moderate quality of evidence).
- Use a high-level disinfectant and a compatible U.S. Food and Drug Administration (FDA)-cleared AER (Strong recommendation, Low quality of evidence).
- Follow the FDA-cleared label claims for exposure time and temperature for disinfecting semi-critical patient care equipment (Strong recommendation, Moderate quality of evidence).
- Select a liquid disinfectant or sterilization technology that is compatible with the endoscope, per the recommendations of the endoscope and/or the HLD/sterilizer manufacturers validated recommendations (Strong recommendation, Low quality of evidence).
- Ensure that the endoscope and endoscope components can be effectively reprocessed in the AER (eg, the elevator wire channel of duodenoscopes may not be effectively disinfected by some AERs, and this step should be performed manually). Users should obtain and review FDA-cleared model specific reprocessing instructions for use from both the endoscope and the AER manufacturers and check for compatibility (Strong recommendation, Low quality of evidence).
- Place the endoscope and endoscope components in the AER and attach all channel connectors according to the AER and endoscope manufacturers' instructions to ensure exposure of all internal surfaces with the high-level disinfectant solution. Only approved connectors should be used (Strong recommendation, Low quality of evidence).
- A full AER cycle should be repeated if the cycle is interrupted (Strong recommendation, Low quality of evidence).
- Maintain a log for each procedure indicating the patient's name and medical record number, the procedure and the serial number or other identifiers of the endoscope (and AER), the date and type of the procedure, and the name of the person performing the cleaning and HLD/sterilization process to assist in the event of an outbreak investigation. Logs for transmission identification and reporting should include identifiers and use of specific loaner endoscopes that may be added to local inventories on a temporary basis (Strong recommendation, Low quality of evidence).
- If manual HLD is performed (ie, the AER is undergoing repairs), then
  - o Completely immerse the endoscope and its components in the high-level disinfectant solution and ensure that all channels are perfused (Strong recommendation, Low quality of evidence).
  - o Perform minimum effective concentration testing of the liquid high-level disinfectant as recommended in the HLD manufacturers' IFU. Check the solution at the beginning of each day of use (or more frequently in accordance with manufacturers' guidelines) and record the results. If the chemical indicator shows that the concentration is less than the recommended minimum effective concentration, then the solution should be discarded (Strong recommendation, Low quality of evidence).
  - o Discard the liquid high-level disinfectant at the end of its reuse life (which may be single use), regardless of the minimal recommended concentration. If an additional liquid high-level disinfectant is added to an AER (or basin, if manually disinfected), the reuse life should be determined by the first use/activation of the original solution (Strong recommendation, Low quality of evidence).
- Healthcare facilities should verify that users can readily identify whether and when an endoscope has been reprocessed (eg, logs, radiofrequency identification, reprocessing tags) (Strong recommendation, Moderate quality of evidence).
- Ongoing cleaning and routine maintenance of AERs should be conducted according to the manufacturers' IFU and all repairs should be recorded as part of the organization's quality assurance program (Strong recommendation, Low quality of evidence).
- Documentation of all equipment tests, processes, and quality monitors used during endoscope reprocessing are maintained as well as other staff training and processing records in accordance with institutional guidelines (Strong recommendation, Low quality of evidence).
- In a nonoutbreak setting, repeat HLD has no additional benefit compared with single HLD in reducing bacterial contamination rates for duodenoscopes. Insufficient and limited data exist for all other endoscope design models (Conditional recommendation, Moderate quality of evidence).
- In nonoutbreak settings, limited data suggest that ethylene oxide sterilization does not reduce bacterial contamination rates in duodenoscopes compared with single HLD (Conditional recommendation, Moderate quality of evidence).
- The use of ethylene oxide sterilization on duodenoscopes during infectious outbreaks has been associated with terminating these outbreaks and such a modality should be considered in selected settings and patient populations (Conditional recommendation, Low quality of evidence).
- Insufficient and limited data exist for all other endoscope design models in comparing sterilization to single HLD. Routine use of ethylene sterilization of all endoscopes is not recommended (Conditional recommendation, Moderate quality of evidence).

Drying

- After HLD, rinse and flush the channels with sterile or filtered water to remove the disinfectant solution. Discard the rinse water after each use/cycle. Most AERs are programmed to perform a terminal rinse after automated HLD (Strong recommendation, Low quality of evidence).
- Endoscopes should undergo drying after the completion of all reprocessing steps as described in the endoscope manufacturers' IFU (Strong recommendation, Low quality of evidence).

(continued on the next page)

19

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

**TABLE 2. Continued**

- The exterior of the endoscope should be completely dried using a clean, lint-free cloth (Strong recommendation, Low quality of evidence).
- Drying of endoscope channels (or areas that are inaccessible to drying with a cloth) should be performed with forced, pressure-regulated filtered air (Strong recommendation, Moderate quality of evidence).
- Drying the interior of an endoscope should use a sufficiently prolonged flow of medical air through all accessible channels, ideally simultaneously and for at least 10 minutes, for greatest efficiency (Strong recommendation, Moderate quality of evidence).
- Endoscopes should be completely dried after reprocessing and before use (Strong recommendation, Moderate quality of evidence).
- Follow manufacturers' IFU on using ethyl or isopropyl alcohol for drying endoscopes (Strong recommendation, Moderate quality of evidence).

Storage

- Endoscopes should be stored in secure cabinets per manufacturer instructions (Strong recommendation, Low quality of evidence).
- Endoscope cabinets may be specialized drying or conventional cabinets (Strong recommendation, Low quality of evidence).
- Individuals should perform hand hygiene and wear clean gloves during all phases of handling endoscopes (Strong recommendation, Low quality of evidence).
- Endoscope cabinets are stored in a secure room (Strong recommendation, Low quality of evidence).
- Endoscopes can be placed either in a vertical or horizontal position depending on the validated design of the endoscope cabinet and per endoscope manufacturers' instructions (Strong recommendation, Moderate quality of evidence).
- If placed in a vertical position, the endoscope should not be coiled or positioned in a manner that promotes acute angulations and should not touch the bottom of the cabinet (Strong recommendation, Low quality of evidence).
- All endoscope accessories (ie, caps, valves, and other detachable components) are removed as per manufacturer instructions but do not need to be stored with a specific endoscope (Strong recommendation, Low quality of evidence).
- Data are insufficient to proffer a maximal outer duration for the use of appropriately cleaned, reprocessed, dried, and stored flexible endoscopes. Endoscopy units can evaluate the available literature, perform an assessment as to the benefits and risks around the optimal storage time for endoscopes, and develop a policy and procedure specific to their unit on endoscope storage time (Conditional recommendation, Moderate quality of evidence).
- The use of routine environmental microbiologic testing of endoscopes for quality assurance has not been established but is currently the most recognized technique to detect bacterial contamination of reprocessed endoscopes. If microbiologic testing of fully reprocessed and dried endoscopes is considered and performed, then standard microbiologic techniques per FDA and Centers for Disease Control and Prevention guidance should be used (Conditional recommendation, Moderate quality of evidence).

Endoscope accessories and associated equipment

- A backflow-prevention valve used in the irrigation/flushing system requires replacement/reprocessing per procedure, whereas the irrigation tubing can be replaced on a daily basis (Strong recommendation, Low quality of evidence).
- The interval for exchange of vacuum tubing and waste canisters remains incompletely understood but, at a minimum, should be changed daily (Strong recommendation, Low quality of evidence).
- Water bottles (used for cleaning the lens of the endoscope and irrigation during the procedure) undergo daily HLD or sterilization (or are replaced daily) per manufacturers' IFU (Strong recommendation, Low quality of evidence).
- Use sterile water for those endoscopic procedures with intended traversal of mucosa (eg, peroral endoscopic myotomy procedures, endoscopic necrosectomy, interventional EUS) (Strong recommendation, Low quality of evidence).
- Endoscopy unit follows manufacturers' IFU on the type of water to be used in the water bottle for an endoscopic procedure. In the absence of a manufacturer recommendation/guidance, the endoscopy unit performs an independent risk assessment for use of sterile vs clean tap water for standard endoscopic procedures (eg, EGD and colonoscopy) in which mucosal penetration would be unusual/not anticipated (Strong recommendation, Low quality of evidence).
- Endoscopy unit follows manufacturers' IFU on the addition of simethicone in water bottles and irrigation devices including cleaning and disinfection of endoscopes after simethicone has been used (Strong recommendation, Moderate quality of evidence).
- Reusable endoscopic accessories (eg, biopsy forceps or other cutting instruments) that break the mucosal barrier are mechanically cleaned and then sterilized between each patient use (Strong recommendation, Low quality of evidence).
- Reprocessing of single-use items is not performed unless the facility can comply with FDA guidance for reprocessing single-use devices (Strong recommendation, Low quality of evidence).
- Reprocessing of nonendoscopic devices, accessories, and attachments complies with manufacturers' recommendations (Strong recommendation, Low quality of evidence).

Maintenance of endoscopes

- Endoscopy unit complies with the manufacturers' IFU regarding endoscope maintenance and repair (Strong recommendation, Low quality of evidence).
- Endoscopy unit has policies tracking the repairs and maintenance of equipment, including loaner devices (Strong recommendation, Low quality of evidence).
- When equipment is sent out for service/repair, the equipment undergoes reprocessing as directed by the receiving facility before sending the endoscope for service/repair (Strong recommendation, Low quality of evidence).
- On return of equipment from repair facilities, the equipment is reprocessed according to the device manufacturers' IFU before being placed back into service (Strong recommendation, Low quality of evidence).
- Interdisciplinary team communication (eg, reprocessing personnel, clinicians who use the devices) should be established and implemented when equipment is down for repair (Strong recommendation, Low quality of evidence).
- Detailed operating and reprocessing instructions accompany loaned devices (Strong recommendation, Low quality of evidence).

(continued on the next page)

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1

**TABLE 2. Continued**

- Loaned endoscopes are delivered in advance of the procedure with time for them to be reprocessed before first use on patients (Strong recommendation, Low quality of evidence).
- If the end-user and/or reprocessing staff are unfamiliar with the operation or reprocessing of the loaner equipment, detailed instructions and in-services are completed by the company issuing the loaner (Strong recommendation, Low quality of evidence).
- Loaner equipment is compatible with existing reprocessing equipment and cleaning/disinfectant solutions (Strong recommendation, Low quality of evidence).
- Loaner equipment is visually inspected for defects, tested for functionality, and reprocessed on receipt and placement into service. Loaner equipment condition and reprocessing are recorded according to facility protocols. Other information recorded includes the name of the company issuing the loaner; make, model, and serial number of the loaner equipment; dates the loaner was entered into service and returned to the lender; and patients in whom the device was used (Strong recommendation, Low quality of evidence).
- A mechanism is in place for traceability of loaned endoscope(s) (Strong recommendation, Low quality of evidence).
- All known prior culture data should be provided with the loaned endoscope. If the loaned endoscope is found to be culture positive, then the manufacturer should be notified (Strong recommendation, Moderate quality of evidence).

Endoscopy unit infection control leadership

- Endoscopy units should have a qualified, interdisciplinary, and diverse leadership team that meets regularly (Strong recommendation, Moderate quality of evidence).
- Endoscopy unit leadership team includes a designated, qualified individual who directs infection prevention plans and addresses infection outbreaks, should they occur (Strong recommendation, Moderate quality of evidence).
- In the event of an outbreak (ie, defined by the institution's infection control program) caused by a suspected infectious or chemical etiology, environmental sampling should be performed according to standard outbreak investigation protocols that comply with proper methodology and validated testing (Strong recommendation, Moderate quality of evidence).
- Endoscopy-related infections should be reported to the following (Strong recommendation, Low quality of evidence):
  o Patient who underwent the procedure.
  o Persons responsible for infection control at the institution, with notification of referring physician(s) and potentially affected patients as appropriate.
  o Appropriate public health agency (state or local health department as required by state law or regulation).
  o The FDA (www.fda.gov/medwatch). Medical Device Reports submitted through Medwatch can be reviewed on the FDA's Manufacturer and User Facility Device Experience database.
  o The manufacturer(s) of the endoscope, disinfectant/sterilant and AER (if used).

Document ID: 0f8a1e51d70bf3cd2dbaca535d6361709c596a8a06e1e4085f9eab054919c1c1