IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                    Cr. No. 2:25cr20032-SHL

**SANJEEV KUMAR,**

    **Defendant.**

---

**DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION IN LIMINE TO EXCLUDE USE OF THE TERMS "RAPE", "RAPED", "SEXUAL ASSAULT", "SEXUALLY ASSAULTED", "SEXUALLY ABUSED", "VICTIM" AND ANY MENTION OF A "RAPE CRISIS CENTER" AND INCORPORATED MEMORANDUM IN SUPPORT**

---

Dr. Sanjeev Kumar, by and through undersigned counsel, respectfully submits this reply in support of his *Motion in Limine to Exclude Use of the Terms "Rape", "Raped", "Sexual Assault", "Sexually Assaulted", "Sexually Abused", "Victim" and any Mention of a "Rape Crisis Center" and Incorporated Memorandum in Support* (hereinafter "Motion") (ECF No. 149). The Government's response in opposition to his Motion states that, "Using the term victim is legally accurate and not problematic. Defense has not proposed an alternative, merely suggesting that the Court completely restrict the victims from describing their experiences in the way they experienced them." (ECF No. 154 at 3.)

Upon the Government's request, undersigned counsel conferred with the Government via e-mail on October 22–24, 2025, about how to refer to the patients listed in the Superseding Indictment at trial, who were all listed as "Victim 1, Victim 2, Victim 3", etc. The Government asked whether undersigned counsel opposed using pseudonyms. Undersigned counsel opposed that request and also opposed referring to the individuals as "victims". Undersigned counsel proposed instead that the individuals be referred to as "patients" ("Patient 1, Patient 2, Patient 3",

etc.), by their initials, or by a unique identifying number. *See* Consultation E-mails, attached hereto as **Exhibit 1**. Undersigned counsel also proposed the same alternatives during a video teleconference call on October 28, 2025. (*See* Motion, ECF No. 149, at 6.)[1] Thus, undersigned counsel has proposed an alternative to use of the term "victim", contrary to the Government's statement in its Response.[2] Further, the purpose of Dr. Kumar's Motion is not to prevent patients from testifying about their treatment experience at Poplar Avenue Clinic, only to bar the use of the terms identified in his Motion.

Respectfully submitted,

s/ Elena R. Mosby
Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com

Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098

---

[1] The Government's request to use pseudonyms during trial to refer to the patients charged in the Second Superseding Indictment is before the Court in a separate motion. (Government's Motion for Use of Pseudonyms, ECF No. 132).

[2] While undersigned counsel presumes this misrepresentation was in good faith and unintentional, this is the second time in one week that the Government has made a misrepresentation to the Court regarding the written communications of undersigned counsel. Counsel likewise did not communicate with the Court *ex parte* about Dr. Kumar's additional proposed questions to the jury questionnaire, as the Government stated in open court during the status conference on November 4, 2025. *See* Email Transmitting Proposed Questions, attached hereto as **Exhibit 2**.

(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (*pro hac*) (Mich. Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346) Chapman
Ron@chapmanandassociates.com

*Attorneys for Dr. Sanjeev Kumar*

3

# EXHIBIT 1

 Outlook

### Re: Kumar Use of Pseudonyms in Case

| | |
|---|---|
| From | Elena Mosby <emosby@bpjlaw.com> |
| Date | Fri 10/24/2025 2:36 PM |
| To | Lynn Crum <Lynn.Crum@usdoj.gov> |
| Cc | Maritsa Flaherty <mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ron@ronaldwchapman.com <Ron@ronaldwchapman.com>; Sarah Williams <Sarah.Williams2@usdoj.gov>; Scott Smith <Scott.Smith@usdoj.gov> |

Lynn,

Are you or someone on your team available for a call on Monday? Over half of our team, including myself, is out of the office today. I think we are speaking past each other in e-mail. We dont disagree with anonymizing the patients but would like to further discuss the labeling. I think we can come to a solution if we hop on a call.

Thank you,
Elena

> On Oct 24, 2025, at 1:49 PM, Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov> wrote:
>
> **CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**
>
> Hi Elena,
>
> I'll just file a motion and say you oppose. As far as presentation of evidence there would be a chart that says the pseudonym and the victim's actual name at the front of the sealed evidence binder.
>
> Best,
> Lynn
>
> **From:** Elena Mosby <emosby@bpjlaw.com>
> **Sent:** Friday, October 24, 2025 12:55:14 PM
> **To:** Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov>; Maritsa Flaherty <mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ron@ronaldwchapman.com <Ron@ronaldwchapman.com>
> **Cc:** Williams, Sarah (USATNW) <Sarah.Williams2@usdoj.gov>; Smith, Scott (USATNW) <Scott.Smith@usdoj.gov>
> **Subject:** [EXTERNAL] Re: Kumar Use of Pseudonyms in Case

Lynn,

What about "Patient 1, Patient 2, Patient 3", etc.? From a presentation of proof standpoint, I think we will all be referring to those individuals as patients. Again, trying to keep this as simple as possible for everyone.

Even if we assign these pseudonyms, how is this going to work with medical records, etc.?

Thanks,
Elena

<Outlook-Text, whit.png>
**Elena R. Mosby**

Associate Attorney

Burch, Porter & Johnson, PLLC

130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5104 | Main: 901-524-5000

emosby@bpjlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov>
**Sent:** Thursday, October 23, 2025 12:36 PM
**To:** Elena Mosby <emosby@bpjlaw.com>; Maritsa Flaherty <mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ron@ronaldwchapman.com <Ron@ronaldwchapman.com>
**Cc:** Williams, Sarah (USATNW) <Sarah.Williams2@usdoj.gov>; Smith, Scott (USATNW) <Scott.Smith@usdoj.gov>
**Subject:** RE: Kumar Use of Pseudonyms in Case

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

---

Hi Elena,

How about Jane Doe 1, 2, 3, etc.?

Best,
Lynn

**From:** Elena Mosby <emosby@bpjlaw.com>
**Sent:** Wednesday, October 22, 2025 8:19 PM
**To:** Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov>; Maritsa Flaherty <mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>;

Ron@ronaldwchapman.com
**Cc:** Williams, Sarah (USATNW) <Sarah.Williams2@usdoj.gov>; Smith, Scott (USATNW) <Scott.Smith@usdoj.gov>
**Subject:** [EXTERNAL] Re: Kumar Use of Pseudonyms in Case

Lynn,

No, that's not the case. While we do not oppose using the patients' initials or a unique number to identify them, we absolutely oppose the use of the term "victim" in front of the jury.

Thank you,
Elena

<image001.png>

**Elena R. Mosby**

Associate Attorney
Burch, Porter & Johnson, PLLC

130 North Court Avenue | Memphis, TN 38103

Direct: 901-524-5104 | Main: 901-524-5000

emosby@bpjlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov>
**Sent:** Wednesday, October 22, 2025 12:34 PM
**To:** Elena Mosby <emosby@bpjlaw.com>; Maritsa Flaherty <mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ron@ronaldwchapman.com <Ron@ronaldwchapman.com>
**Cc:** Williams, Sarah (USATNW) <Sarah.Williams2@usdoj.gov>; Smith, Scott (USATNW) <Scott.Smith@usdoj.gov>
**Subject:** RE: Kumar Use of Pseudonyms in Case

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

---

Hi Elena,

So you're fine with just leaving it as Victim-1, Victim-2, etc.? We won't file a motion at all then.

Best,
Lynn

---

**From:** Elena Mosby <emosby@bpjlaw.com>
**Sent:** Wednesday, October 22, 2025 12:08 PM
**To:** Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov>; Maritsa Flaherty

<mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Cc:** Williams, Sarah (USATNW) <Sarah.Williams2@usdoj.gov>; Smith, Scott (USATNW) <Scott.Smith@usdoj.gov>
**Subject:** [EXTERNAL] Re: Kumar Use of Pseudonyms in Case

Hi Lynn,

We do not oppose using the patients' initials or a unique number, either of which would adequately safeguard the patients' identities. We believe that using entirely different names will not only be confusing for all of us as counsel, but also for the jury, assuming the patients' medical records are entered into evidence.

Thank you,
Elena

<image001.png>

**Elena R. Mosby**

Associate Attorney
Burch, Porter & Johnson, PLLC
130 North Court Avenue | Memphis, TN 38103
Direct: 901-524-5104 | Main: 901-524-5000
emosby@bpjlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Crum, Lynn (USATNW) <Lynn.Crum@usdoj.gov>
**Sent:** Wednesday, October 22, 2025 8:48 AM
**To:** Maritsa Flaherty <mflaherty@chapmanlawgroup.com>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Elena Mosby <emosby@bpjlaw.com>
**Cc:** Williams, Sarah (USATNW) <Sarah.Williams2@usdoj.gov>; Smith, Scott (USATNW) <Scott.Smith@usdoj.gov>
**Subject:** Kumar Use of Pseudonyms in Case

**CAUTION: This email originated from outside of BPJ. Be cautious clicking on links.**

Good Morning,

We'd like to use pseudonyms rather than "Victim-1" "Victim-2" going forward.

These are what we propose:

Victim-1 Anna Smith

Victim-3 Beth Johnson

Victim-4 Claire Williams

Victim-5 Diane Jones

Victim-6 Ellen Brown

Victim-7 Fran Miller

Victim-8 Grace Wilson

Victim-9 Helen Thomas

Victim-10 Irene Martin

Victim-2 Jane Lee (now uncharged)


If you agree, I will file a joint motion and order on Friday. Please let me know if you would like to discuss further, and if you object by the end of the day Friday. Thank you!


Best,
Lyn

# EXHIBIT 2

Outlook

## U.S. v. Sanjeev Kumar - 2:25-cr-20032-SHL

| | |
|---|---|
| From | Elena Mosby <emosby@bpjlaw.com> |
| Date | Fri 10/31/2025 11:12 AM |
| To | ECF_Judge Lipman <ecf_judge_lipman@tnwd.uscourts.gov> |
| Cc | Crum, Lynn (USATNW) <lynn.crum@usdoj.gov>; Smith, Scott (USATNW) <scott.smith@usdoj.gov>; Williams, Sarah (USATNW) <sarah.williams2@usdoj.gov>; Larry Laurenzi <llaurenzi@bpjlaw.com>; Ronald Chapman <ron@chapmanandassociates.com>; Maritsa Flaherty <mflaherty@chapmanlawgroup.com> |

📎 2 attachments (74 KB)
Joint Jury Questionnaire_4911-8686-4502_1.docx; Additional Questions from Defense - Jury Questionnaire_4902-9020-0694_1.docx;

Good morning Judge Lipman,

Attached for your consideration is (1) a joint jury questionnaire that the Parties have agreed upon; and (2) a separate list of questions from the Defense that the Government has not agreed to including in the jury questionnaire.

Yesterday afternoon, the Government filed a Second Superseding Indictment against Dr. Kumar adding 27 counts of adulteration and misbranding charges.  It is with the Clerk's office but has not yet been filed on the docket.  The Government anticipates that the total number of days needed to present its proof will remain the same (12-13 days).  Similarly, the Defense anticipates the same number of days will be needed to present its proof (5-6 days).

Sincerely,
Elena R. Mosby



**Elena R. Mosby**
Associate Attorney
Burch, Porter & Johnson, PLLC
130 North Court Avenue | Memphis, TN 38103
Direct: 901-524-5104 | Main: 901-524-5000
emosby@bpjlaw.com

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.