IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                                                                                          Cr. No. 2:25cr20032-SHL

**SANJEEV KUMAR,**

      **Defendant.**

---

**DR. SANJEEV KUMAR'S UNOPPOSED MOTION FOR TEMPORARY RETURN OF HIS PASSPORT**

---

Dr. Sanjeev Kumar moves this Court to modify his pretrial conditions of release for the limited purpose of temporarily returning his passport. He requires his passport for travel to Michigan to attend the deposition of Emily Sells.

Dr. Kumar was placed on pretrial release on March 4, 2025. (ECF Nos. 16, 18.) Condition 7(f) limits Dr. Kumar's travel to the Western District of Tennessee without prior approval of the Pretrial Services office. (ECF No. 18.) Dr. Kumar was also required to surrender his passport to the Clerk of Courts. (*Id*. at 7(d).[1]) He surrendered his passport to the Clerk of Court on the same day. (ECF No. 14.) Since being placed on pretrial release, Dr. Kumar has been compliant with all conditions.

---

[1] Though Dr. Kumar moved the Court to modify his pretrial release conditions previously on one occasion in relation to re-opening Poplar Avenue Clinic, the travel conditions at issue remain unmodified. (*See* ECF Nos. 24, 44.)

On November 10, 2025, the Court granted the Government's request to conduct a deposition of Emily Sells due to her unavailability for trial. (ECF No. 172.) That deposition is scheduled for November 20, 2025, in Michigan.[2]

Due to the surrender of his passport in March, Dr. Kumar has been unable to secure a Real ID. Therefore, he requires his passport to fly to Michigan. He agrees to pick up the passport the day before his scheduled travel and return the passport to the Clerk of Court upon his return. Undersigned counsel consulted with AUSA Lynn Crum, who does not oppose Dr. Kumar's request.[3]

For the foregoing reasons, Dr. Kumar respectfully requests that the Court grant his motion and permit the temporary return of his passport so he can attend Ms. Sells' deposition.

Respectfully submitted,

s/ *Maritsa A. Flaherty*
Maritsa A. Flaherty (*pro hac vice*) (Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6326
mflaherty@chapmanlawgroup.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000

---

[2] The Government has not yet provided an exact time or location.

[3] Further, the Government conferred with Pretrial Services about Dr. Kumar's travel to Michigan. The Government has relayed that Pretrial Services will permit Dr. Kumar to travel for the deposition.

llaurenzi@bpjlaw.com
emosby@bpjlaw.com

Ronald Chapman, II (*pro hac*) (Mich. Bar No. P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346) Chapman
Ron@chapmanandassociates.com

*Attorneys for Dr. Sanjeev Kumar*

3

## **CERTIFICATE OF CONSULTATION**

    Counsel for Dr. Kumar, Maritsa Flaherty, consulted with counsel for the Government, Lynn Crum, on November 13, 2025, via e-mail about the instant motion. The Government does not oppose the motion.

    s/ Maritsa Flaherty