IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

VS.                                                                Criminal No. 25-cr-20032-SHL

**SANJEEV KUMAR,**

        **Defendant.**

---

**UNITED STATES PROPOSED VERDICT FORM COUNTS 37–45**

---

We, the members of the jury in the above-styled and numbered cause find the Defendant:

### COUNT 37

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 38

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 39

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 40

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 41

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 42

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 43

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 44

Health Care Fraud

_____ Not Guilty          _____ Guilty

### COUNT 45

Health Care Fraud

_____ Not Guilty          _____ Guilty

_____          _____
Date                                          Foreperson