IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,          )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )      CR. NO. 25-cr-20032-SHL
                                   )
SANJEEV KUMAR,                     )
                                   )
    Defendant.                     )

---

UNITED STATES PROPOSED JURY INSTRUCTIONS

---

(7.13)

### Other Acts of Defendant

You have heard testimony that the defendant committed [crimes, acts, wrongs] other than the ones charged in the indictment. If you find the defendant did those [crimes, acts, wrongs], you can consider the evidence only as it relates to the government's claim on the defendant's [intent] [motive] [opportunity] [preparation] [plan] [knowledge] [identity] [absence of mistake] [absence of accident]. You must not consider it for any other purpose.

Remember that the defendant is on trial here only for adulteration and misbranding of devices and health care fraud, not for the other acts. Do not return a guilty verdict unless the government proves the crime charged in the indictment beyond a reasonable doubt.

Authority:        Pattern Crim. Jury Instr. 6th Cir. 7.13 (2025)

(7.14)

<u>Flight, Concealment of Evidence, False Exculpatory Statements</u>

You have heard testimony that after the crime was supposed to have been committed, the defendant stopped using single use instruments and made changes to his reprocessing of devices cleared for reprocessing.

If you believe that the defendant stopped using single use instruments and made changes to his reprocessing of devices cleared for reprocessing, then you may consider this conduct, along with all the other evidence, in deciding whether the government has proved beyond a reasonable doubt that he committed the crime charged. This conduct may indicate that he thought he was guilty and was trying to avoid punishment. On the other hand, sometimes an innocent person may stop using single use instruments and make changes to his reprocessing of devices cleared for reprocessing for some other reason. The defendant has no obligation to prove that he had an innocent reason for his conduct.

Elements of the Offense of Adulteration of Single Use Devices

Now I will give you more detailed instructions on some of these terms.

"Held for sale" includes a single-use device that a doctor used in the course of treating a patient. A device is "held for sale" at the time the holder of the device, including a doctor, intends it to be sold or used in the course of treating a patient.

A device is adulterated if it is held under insanitary conditions whereby there is a reasonable possibility it may have been contaminated with filth, or whereby it may have been rendered injurious to health. The term "insanitary conditions" and "filth" should be given their usual and ordinary meanings.

To act with "intent to defraud or mislead" means to act knowingly and with the specific intent to deceive or to cheat someone through materially false statements or omissions, ordinarily for the purpose of causing some financial loss to another person or bringing about some financial gain to oneself.

Authority: *United States v. Anita Louise Jackson*, No. 5:21-cr-00259-D-1 (E.D.N.C. Jan. 27, 2023)

Elements of the Offense of Misbranding of Reprocessed Single Use

Devices

Now I will give you more detailed instructions on some of
these terms.

"Held for sale" includes a single-use device that a doctor
used in the course of treating a patient. A device is "held for
sale" at the time the holder of the device, including a doctor,
intends it to be sold or used in the course of treating a
patient.

A reprocessed single use device is misbranded unless all
labeling of the device prominently and conspicuously states,
"Reprocessed device for single use" and identifies the person
responsible for reprocessing.

To act with "intent to defraud or mislead" means to act
knowingly and with the specific intent to deceive or to cheat
someone through materially false statements or omissions,
ordinarily for the purpose of causing some financial loss to
another person or bringing about some financial gain to oneself.

Authority: *United States v. Anita Louise Jackson*, No. 5:21-cr-
00259-D-1 (E.D.N.C. Jan. 27, 2023).

<u>Elements of the Offense of Adulteration of Hysteroscopes Cleared</u>

<u>for Reprocessing</u>

Now I will give you more detailed instructions on some of these terms.

"Held for sale" includes a device that a doctor used in the course of treating a patient. A device is "held for sale" at the time the holder of the device, including a doctor, intends it to be sold or used in the course of treating a patient.

A device is adulterated if it is held under insanitary conditions whereby there is a reasonable possibility it may have been contaminated with filth, or whereby it may have been rendered injurious to health. The term "insanitary conditions" and "filth" should be given their usual and ordinary meanings.

To act with "intent to defraud or mislead" means to act knowingly and with the specific intent to deceive or to cheat someone through materially false statements or omissions, ordinarily for the purpose of causing some financial loss to another person or bringing about some financial gain to oneself.

Authority: *United States v. Anita Louise Jackson*, No. 5:21-cr-00259-D-1 (E.D.N.C.   Jan. 27, 2023).

6