IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )       CR. NO. 25-cr-20032-SHL
                                )
SANJEEV KUMAR,                  )
                                )
        Defendant.              )
_____

DEFENDANT'S PROPOSED JURY INSTRUCTIONS
_____

(7.13)

<u>Other Acts of Defendant</u>

You have heard testimony that the defendant committed [crimes, acts, wrongs] other than the ones charged in the indictment. If you find the defendant did those [crimes, acts, wrongs], you can consider the evidence only as it relates to the government's claim on the defendant's [intent] [motive] [opportunity] [preparation] [plan] [knowledge] [identity] [absence of mistake] [absence of accident]. You must not consider it for any other purpose.

Remember that the defendant is on trial here only for adulteration and misbranding of devices and health care fraud charged in the indictment, not for the other acts not charged in the indictment. Do not return a guilty verdict unless the government proves the crime charged in the indictment beyond a reasonable doubt.

1

Authority:        Pattern Crim. Jury Instr. 6th Cir. 7.13 (2025)

Elements of the Offense of Adulteration of Single Use Devices

[ . . .]

Now I will give you more detailed instructions on some of these terms.

As used in the second element, "held for sale" means using an adulterated device in the course of treating a patient.

As used in the third element, a device is "held for sale" at the time the holder of the device intends it to be sold or used in the course of treating a patient.

A device is adulterated if it is held under insanitary conditions whereby it may have been contaminated with filth, or whereby it may have been rendered injurious to health. The term "insanitary conditions" and "filth" should be given their usual and ordinary meanings.

To act with "intent to defraud or mislead" means to act knowingly and with the specific intent to deceive or to cheat someone through materially false statements or omissions.

Authority: *United States v. Anita Louise Jackson*, No. 5:21-cr-00259-D-1 (E.D.N.C. Jan. 27, 2023); *United States v. Kaplan*, 836 F.3d 1199, 1209–1210 (9th Cir. 2016).

<u>Elements of the Offense of Misbranding of Reprocessed Single Use</u>

<u>Devices</u>

**[ . . .]**

Now I will give you more detailed instructions on some of these terms.

As used in the second element, "held for sale" means using a misbranded device in the course of treating a patient.

As used in the third element, a device is "held for sale" at the time the holder of the device intends it to be sold or used in the course of treating a patient.

A reprocessed single use device is misbranded unless all labeling of the device prominently and conspicuously bears the statement "Reprocessed device for single use. Reprocessed by __.", with the name of the manufacturer of the reprocessed device placed in the space identifying the person responsible for reprocessing.

To act with "intent to defraud or mislead" means to act knowingly and with the specific intent to deceive or to cheat someone through materially false statements or omissions.

Authority: *United States v. Anita Louise Jackson*, No. 5:21-cr-
00259-D-1 (E.D.N.C. Jan. 27, 2023); *United States v. Kaplan*, 836
F.3d 1199, 1209–1210 (9th Cir. 2016); 21 U.S.C. § 352(v).

<u>Elements of the Offense of Adulteration of Hysteroscopes Cleared</u>

<u>for Reprocessing</u>

**[ . . . ]**

Now I will give you more detailed instructions on some of these terms.

As used in the second element, "held for sale" means using an adulterated device in the course of treating a patient.

As used in the third element, a device is "held for sale" at the time the holder of the device intends it to be sold or used in the course of treating a patient.

A device is adulterated if it is held under insanitary conditions whereby it may have been contaminated with filth, or whereby it may have been rendered injurious to health. The term "insanitary conditions" and "filth" should be given their usual and ordinary meanings.

To act with "intent to defraud or mislead" means to act knowingly and with the specific intent to deceive or to cheat someone through materially false statements or omissions.

Authority: *United States v. Anita Louise Jackson*, No. 5:21-cr-
00259-D-1 (E.D.N.C. Jan. 27, 2023); *United States v. Kaplan*, 836
F.3d 1199, 1209–1210 (9th Cir. 2016).