

November 20, 2025

Lynn Crum, Esq.
Assistant United States Attorney
167 N. Main St. Suite 800
Memphis, TN 38103

    Re:    *United States v. Kumar*
           Case No.: 2:25-cr-20032-SHL

Dear Ms. Crum:

    Our fourth production of documents (KUMAR_001474-KUMAR_003319), along with our updated discovery index, has been uploaded to Dropbox. If you have any questions, please do not hesitate to contact me.

    Respectfully submitted,

*s/ Maritsa A. Flaherty*
Maritsa A. Flaherty (pro hac vice) (327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6323
mflaherty@chapmanlawgroup.com

Ronald Chapman, II (pro hac vice) (P73179)
THE CHAPMAN FIRM
1300 Broadway
Detroit, MI 48226
Phone: (346)Chapman
Ron@chapmanandassociates.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com
*Attorneys for Sanjeev Kumar, M.D.*