

**U.S. Department of Justice**

United States Attorney

Western District of Tennessee

---

*800 Federal Office Building*     *Telephone (901)544-4231*
*Memphis, Tennessee 38103*     *Fax (901)544-4230*

November 25, 2025

Ronald W. Chapman, II
Chapman Law Firm
1300 Broadway St. Fl 7
Detroit, Michigan 48226

Maritsa Ann Flaherty
Chapman Law Group
1441 W. Long Lake Road, Suite 310
Troy, Michigan 48098

Lawrence Laurenzi
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

Elena Mosby
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

**Re:** *United States v. Sanjeev Kumar*
     Cr. No. 25-20032-SHL

Dear Counsel:

    Additional discovery was uploaded to USAfx, Bates stamped USA-0093384 through USA-0093389 consisting of two summary exhibits for Medicare and Medicaid Claims, a supplemental witness statement, and a Rule 27 certificate.

    Everything is produced pursuant to the protective order that was entered in this case. Please treat these documents as required by the order.

    The United States is aware of its discovery obligations and will continue to update discovery with any new materials that it might receive.

                                        Sincerely,

                                        D. Michael Dunavant
                                      United States Attorney
                                      Western District of Tennessee

                    By:    <u>/s/ Lynn Crum</u>
                              Lynn Crum
                              Assistant United States Attorney

cc:  United States District Court Clerk