

**U.S. Department of Justice**

*United States Attorney*
*Western District of Tennessee*

| | |
|---|---|
| *167 North Main, Suite 800* | Ph: (901) 544-4231 |
| *Memphis, Tennessee 38103* | TTY: (901) 544-3054 |
| | Fax: (901) 544-4230 |
| | sarah.williams2@usdoj.gov |

November 28, 2025

Ronald W. Chapman, II
Chapman Law Group
1441 W. Long Lake Road, Suite 310
Troy, Michigan 48098

Maritsa Ann Flaherty
Chapman Law Group
1441 W. Long Lake Road, Suite 310
Troy, Michigan 48098

Lawrence Laurenzi
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

Elena R. Mosby
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103

Re: *U.S.A. v. Sanjeev Kumar*
CR. No. 25-cr-20032-SHL

### AMENDED NOTICE PURSUANT TO RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE

Dear Counsel:

Please allow this letter to serve as an amendment to the November 3, 2025, notice that the United States intends to offer the following records pursuant to Rule 902(11) of the Federal Rules of Evidence. (ECF 142.) The Bates label ranges for the documents below are provided as a courtesy and have been updated. The identified documents remain the same. All referenced certificates were previously produced in discovery and filed with the Court at ECF 142-1.

**Records of SafeGuard Services, LLC,** specifically the Medicare Part B billing from 9/12/2019 through 4/16/2024, executed on 8/5/2025, and the Medicare Part B peer comparison charts at the state and national level from 9/12/2019 through 4/16/2024, executed on 8/20/2025, described on the attached certificates of authenticity of employee Laurie Tepperberg, all which records were previously provided in discovery at Bates stamp USA-0092444 and USA-0092975-92988.

**Records of the Bureau of TennCare,** specifically the raw billing data from TennCare for Poplar Avenue Clinic from 01/01/2018 through 12/31/2025 and the peer comparison data from 01/01/2018 through 12/31/2025 as to Poplar Avenue Clinic from 01/01/2018 thru 12/31/2025, described on the attached certificate of authenticity of State of Tennessee employee King Owalla, and all which records were previously provided in discovery at Bates stamp USA-0009206 and USA-0093066.

**Records of Palmetto GBA,** specifically the Medicare enrollment document file and enrollment summary for Poplar Avenue Clinic and Sanjeev Kumar, described on the attached certificate of authenticity of employee Shamecca Toney (previously produced in discovery as Bates stamp USA-0092924), and all which records were previously provided in discovery at Bates stamp USA-0006503-7502 and USA-0092918-92969.

**Records of BlueCare Tennessee,** specifically the BlueCare enrollment document file for Poplar Avenue Clinic and Sanjeev Kumar, described on the attached certificate of authenticity of employee Casey Skorput (previously produced in discovery as Bates stamp USA-0090535), and all which records were previously provided in discovery at Bates stamp USA-0090536-90831, USA-0092447, and USA-0093100-93251.

**Records of Wellpoint Tennessee Medicaid,** specifically the Amerigroup enrollment document file for Poplar Avenue Clinic and Sanjeev Kumar, described on the attached certificate of authenticity of employee Tyessha Jones (previously produced in discovery as Bates stamp USA-0092419), and all which records were previously provided in discovery at Bates stamp USA-0091993-0092055.

**Records of United Community Plan,** specifically the UHC enrollment document file for Poplar Avenue Clinic and Sanjeev Kumar, described on the attached certificate of authenticity of employee Lisa Wickham (previously produced in discovery as Bates stamp USA-0092420), and all which records were previously provided in discovery at Bates stamp USA-0091893 and 0091988-0091989.

Sincerely,

D. MICHAEL DUNAVANT
United States Attorney

By: s/Sarah Pazar Williams
Assistant United States Attorney

cc:   Clerk, U.S. District Court
      Lynn Crum, Assistant United States Attorney
      Scott Smith, Assistant United States Attorney