IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )
v.                             )      CR. NO. 25-cr-20032-SHL
                               )
SANJEEV KUMAR,                 )
                               )
    Defendant.                 )

_____

SUPPLEMENTAL JURY INSTRUCTION NO. 1

_____


Question: Dear Judge Lipman,

We are struggling with how / and where the indictment and jury instructions are different.  Specifically, on Counts 33-36 specific devices and rooms are listed in the indictment (p 21) while p 33 of the jury instructions uses the general term "hysteroscopes."  This is causing some consternation upon which wording we should use when debating.

With thanks,

Emily


Answer:   The specific devices alleged in Counts 33-36, located in the specific rooms listed in the Indictment, with the brand name "Olympus HYF-XP Hysterofiberscope," are a type of hysteroscope as listed in the Jury Instructions.