```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
_____

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
v.                             )   CR. NO. 25-cr-20032-SHL
                               )
SANJEEV KUMAR,                 )
                               )
     Defendant.                )
_____

                 SUPPLEMENTAL JURY INSTRUCTION NO. 2
_____
```

Question: Dear Judge Lipman,

In a similar but different vein from our last question, how do we reconcile the four points on p 21 of the indictment with the three points on p 37 of the jury instructions?  They are only partially related.  Do we consider all seven points?

With thanks,

Emily

PS — we are okay if there is not an answer until Monday Jan 5, 2026.

Answer:   As for the Indictment, I refer you to page 25 of the Jury Instructions, Instruction 1.03.  Please also see page 37 of the Jury Instructions, Instruction 10.05.