IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
v.                             )      CR. NO. 25-cr-20032-SHL
                               )
SANJEEV KUMAR,                 )
                               )
        Defendant.             )
_____

SUPPLEMENTAL JURY INSTRUCTION NO. 3

_____


Question: For counts 37-45 . . .

In the indictment under the Healthcare Fraud Section A (p 21),

for each date on pages 26 + 27, do a, b, c and d have to be true

for a guilty verdict on that count?


Answer:  No.  The indictment is the Government's theory

underlying the counts.  For the elements of Health Care Fraud, I

direct you to pages 37-43 of the Jury Instructions.  Those are

the elements which must be satisfied by unanimous agreement for

each listed date on the Verdict Form.