# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 23-cr-20032-SHL |
| | ) |
| SANJEEV KUMAR, | ) |
|     Defendant. | ) |

## ORDER DIRECTING CLERK'S OFFICE TO PAY MILEAGE AND FEES

The Clerk's Office is hereby directed to pay mileage and fees for the breaks in the trial due to holidays and building closure. Specifically, Jurors are to be paid for December 24, 25, 26, and 31, 2025 and January 1 and 2, 2026.

**IT IS SO ORDERED,** this the 8th day of January, 2026.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE