✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TENNESSEE__

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| SANJEEV KUMAR | Case Number: 2:25CR20032-01-SHL |

| PRESIDING JUDGE<br>**SHERYL H. LIPMAN** | PLAINTIFF'S ATTORNEY(S)<br>L. Crum, S. Smith, S. Williams | DEFENDANT'S ATTORNEY(S)<br>L. Laurenzi, E. Mosby, M. Flaherty, R Chapman |
|---|---|---|
| PROCEEDING/DATE:<br>Jury Trial: 12/1/25 - | COURT REPORTER<br>C. Covey, T. Gibson | COURTROOM DEPUTY<br>J. Warren, W. Young-McDonald |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/2/2025 | | | **Special Agent DAVID ALM, FBI** |
| 1 | | 12/2/2025 | √ | √ | Photo: Poplar Ave. Clinic |
| 2 | | 12/2/2025 | √ | √ | Diagram of interior of the clinic |
| 3 | | 12/2/2025 | √ | √ | Diagram of interior of the clinic |
| | | 12/2/2025 | | | **Special Agent EDWARD MILLER, DHS** |
| 4 | | 12/2/2025 | √ | √ | SEALED: List of Pseudonyms/Actual Names for Patients |
| 5 | | 12/2/2025 | √ | √ | Photos: Room H (9 pages) |
| 6 | | 12/2/2025 | √ | √ | Photos: Room I (7 pages) |
| 7 | | 12/2/2025 | √ | √ | Photos: Room CC (9 pages) |
| 8 | | 12/2/2025 | √ | √ | Photos: Room DD (8 pages) |
| 9 | | 12/2/2025 | √ | √ | Photos: Room HH (4 pages) |
| 10 | | 12/2/2025 | √ | √ | Photos: Room II (18 pages) |
| 11 | | 12/2/2025 | √ | √ | Photos: Room FF (8 pages) |
| 12 | | 12/2/2025 | √ | √ | Photos: Room EE (8 pages) |
| 13 | | 12/2/2025 | √ | √ | Photos: Room BB (9 pages) |
| 14 | | 12/2/2025 | √ | √ | Photos: Room AA (9 pages) |
| 15 | | 12/2/2025 | √ | √ | Photos: Room T (8 pages) |
| 16 | | 12/2/2025 | √ | √ | Photos: Room G (33 pages) |
| 17 | | 12/2/2025 | √ | √ | Photos : Room RR (2 pages) |
| 18 | | 12/2/2025 | √ | √ | Photos: Room SS (6 pages) |
| 19 | | 12/2/2025 | √ | √ | Photos: Room UU (10 pages) |
| 20 | | 12/2/2025 | √ | √ | Photos: Room WW (2 pages) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA VS. SANJEEV KUMAR | | | | | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 21 | | 12/2/2025 | √ | √ | Endosee Advance device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 22 | | 12/2/2025 | √ | √ | Endosee Advance device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 23 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 24 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 25 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 26 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 27 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 28 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 29 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 30 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 31 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 32 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 33 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 34 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 35 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 36 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 37 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 38 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 39 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 40 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 41 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 42 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 43 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 44 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 45 | | 12/2/2025 | √ | √ | Medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 46 | | 12/2/2025 | √ | √ | Control Sample of medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 47 | | 12/2/2025 | √ | √ | Control Sample of medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | | vs. SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 48 | | 12/2/2025 | √ | √ | Control Sample of medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 49 | | 12/2/2025 | √ | √ | Control Sample of medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 50 | | 12/2/2025 | √ | √ | Control Sample of medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 51 | | 12/2/2025 | √ | √ | Control Sample of medical device (*** RELEASED to SA Edward Miller, DHS after trial ***) |
| 52 | | 12/2/2025 | | | Instructions for LiNA OperaScope |
| 53 | | 12/2/2025 | | | Instructions for LiNA OperaScope Biopsy Forceps |
| 54 | | 12/2/2025 | | | Instructions for Endosee Advance Direct Visualization System |
| 55 | | 12/2/2025 | | | Instructions for Disposable Alligator Grasper Forceps |
| 56 | | 12/2/2025 | | | Instructions for Hystero-V Hysteroscope |
| 57 | | 12/2/2025 | | | Instructions for Olympus HYF Type XP |
| 58 | | 12/2/2025 | | | SEALED: Medical Records of 10 patients |
| | | 12/2/2025 | | | **GAYLA CHEATHAM** |
| | | **12/3/2025** | | | **GAYLA CHEATHAM resumed testimony** |
| | | 12/3/2025 | | | **KENDALL SACHARCZYK, Nurse Practitioner** |
| | | 12/3/2025 | | | **ANDREW MOORE VP of Sales at UroViu** |
| 59 | | 12/3/2025 | √ | √ | UroViu documents: invoices, packing slips |
| | | 12/3/2025 | | | **ROWENA SCHIMMEL, Sales Manager for Cooper Surgical** |
| 60 | | 12/3/2025 | √ | √ | Cooper Surgical, Invoices |
| 61 | | 12/3/2025 | √ | √ | Photo of a message on a monitor screen "replace with new cannula." |
| | | 12/3/2025 | | | **ADAM JAMES REMOLL, LiNA Medical-National Manager Sales/Training** |
| | | 12/3/2025 | | | **JULIANNA COX, Previous employer at Poplar Avenue Clinic** |
| 62 | | 12/3/2025 | √ | √ | Photo of large white Olympus sterilizing machine |
| 63 | | 12/3/2025 | √ | √ | Photo copy of cabinet with 10-11 scopes hang drying |
| 64 | | 12/3/2025 | √ | √ | Photo copy of machine called Scope Buddy |
| | | 12/3/2025 | | | **THOMAS LAWSON, Consultant with medical device companies** |
| 65 | | 12/3/2025 | √ | √ | Inter-office Memorandum from UroViu |
| | | **12/4/2025** | | | **THOMAS LAWSON resumed testimony** |

Page   3   of   12   Pages

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | VS. | SANJEEV KUMAR | | CASE NO. 2:25CR20032-01-SHL | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 66 | | 12/4/2025 | √ | √ | Text Messages (between Huda Aladdin and Vance Villareall) | |
| 67 | | 12/4/2025 | √ | √ | UroViu documents (call logs, meeting attendance) | |
| | | 12/4/2025 | | | **PAIGE THEUER - PA** | |
| 68 | | 12/4/2025 | √ | √ | Extensive Medical Record | |
| 69 | | 12/4/2025 | √ | √ | Endometrial Cell Sampler (*** RELEASED to SA Edward Miller, DHS after trial ***) | |
| | | 12/4/2025 | | | **PAIGE MAROTTA, Registered Nurse** | |
| | | 12/4/2025 | | | **JONA BANDYOPADHYAY, Doctor** | |
| | | 12/5/2025 | | | **JONA BANDYOPADHYAY, Doctor (RESUMES TESTIMONY)** | |
| | 70 | 12/5/2025 | √ | √ | Letter from Amerigroup Real Solutions to Sanjeev Kumar (6 pages) | |
| | | 12/5/2025 | | | **DR. ADIO ABDU** | |
| | 71 | 12/5/2025 | √ | √ | Letter from Dept. of Justice | |
| | 72 | 12/5/2025 | √ | √ | Documents - Indications of hysteroscopy... (5 pages) | |
| | 73 | 12/5/2025 | √ | √ | Document - Cystoscope/Hysteroscope Care | |
| | 74 | 12/5/2025 | √ | √ | Document - Cystoscope/Hysteroscope Care Protocol | |
| | | 12/5/2025 | | | **HANNA GODSCHALK - Forensic Chemist - FDA** | |
| 75 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags with medical devices (13 pages) | |
| 76 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags with medical devices, (16 pages) | |
| 77 | | 12/5/2025 | √ | √ | Photo copies of medical devices, (5 pages) | |
| 78 | | 12/5/2025 | √ | √ | Photo copies of medical devices (7 pages) | |
| 79 | | 12/5/2025 | √ | √ | Photo copies of medical devices (16 pages) | |
| 80 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags and medical devices (12 pages) | |
| 81 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags and medical devices (14 pages) | |
| 82 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags and medical devices (10 pages) | |
| 83 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags and medical devices (9 pages) | |
| 84 | | 12/5/2025 | √ | √ | Photo copies of biohazard bags and medical devices (21 pages) | |
| | | 12/8/2025 | | | **MS. HANNA GODSCHALK - Forensic Chemist - FDA (RESUMES TESTIMONY)** | |
| 85 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (12 pages) | |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | VS. | | SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 86 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (18 pages) |
| 87 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (13 pages) |
| 88 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (17 pages) |
| 89 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (11 pages) |
| 90 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (9 pages) |
| 91 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (19 pages) |
| 92 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (11 pages) |
| 93 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (17 pages) |
| 94 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (21 pages) |
| 95 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (20 pages) |
| 96 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (20 pages) |
| 97 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (3 pages) |
| 98 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (4 pages) |
| 99 | | 12/8/2025 | √ | √ | Photo Copies of biohazard bags and medical devices (4 pages) |
| | | 12/8/2025 | | | **MS. HANNA GODSCHALK - Forensic Chemist - FDA (RESUMES TESTIMONY)** |
| | 100 | 12/8/2025 | √ | √ | Photo copies of biohazard bags, reports... (38 pages) |
| | 101 | 12/8/2025 | √ | √ | Report (29 pages) |
| | 102 | 12/8/2025 | √ | √ | Report (8 pages) |
| | 103 | 12/8/2025 | √ | √ | FCC Sample Receipt/Seal Report |
| | | 12/8/2025 | | | **PATIENT #8** |
| | | 12/8/2025 | | | **PATIENT #5** |
| | | 12/8/2025 | | | **DR. MATT MCDONALD, Gynocologic/Oncology Specialist** |
| 104 | | 12/8/2025 | √ | √ | Image of female reproductive anatomy |
| 105 | | 12/8/2025 | √ | √ | Sideview image of female reproductive anatomy |
| | | 12/9/2026 | | | **DR. MATT MCDONALD, Gynocologic/Oncology Specialist (RESUMES TESTIMONY)** |
| | 106 | 12/9/2026 | √ | √ | Patient #1 Medical Records |
| | 107 | 12/9/2026 | √ | √ | Patient #2 Medical Records |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 108 | 12/9/2026 | √ | √ | Patient #3 Medical Records |
|  | 109 | 12/9/2026 | √ | √ | Patient #4 Medical Records |
|  | 110 | 12/9/2026 | √ | √ | Patient #5 Medical Records |
|  | 111 | 12/9/2026 | √ | √ | Patient #6 Medical Records |
|  | 112 | 12/9/2026 | √ | √ | Patient #8 Medical Records |
|  | 113 | 12/9/2026 | √ | √ | Patient #9 Medical Records |
|  | 114 | 12/9/2026 | √ | √ | Patient #10 Medical Records |
|  |  | 12/10/2025 |  |  | **DR. MATT MCDONALD, Gynocologic/Oncology Specialist (RESUMES TESTIMONY)** |
|  |  | 12/10/2025 |  |  | **SHAMS AKEL, Medical Assistant** |
|  |  | 12/10/2025 |  |  | **PATIENT #2** |
|  |  | 12/10/2025 |  |  | **PATIENT #9** |
|  |  | 12/10/2025 |  |  | **HARLEY COLLIER** |
| 115 |  | 12/10/2025 | √ | √ | Poplar Ave. Clinic Adavanced Practitioner Onboarding Guide |
|  |  | 12/10/2025 |  |  | **MS. HUDA ALAEDDIN-HUSSEIN** |
| 116 |  | 12/10/2025 | √ | √ | Text message exchange (Dr. Kumar and Huda Alaeddin-Hussein) |
| 117 |  | 12/10/2025 | √ | √ | Text message exchange (Dr. Kumar and Huda Alaeddin-Hussein) |
| 118 |  | 12/10/2025 | √ | √ | Text message exchange (Dr. Kumar and Huda Alaeddin-Hussein) |
| 119 |  | 12/10/2025 | √ | √ | Redacted text message exchange (Dr. Kumar and Huda Alaeddin-Hussein |
|  |  | 12/11/2025 |  |  | **MS. HUDA ALAEDDIN-HUSSEIN (RESUMES TESTIMONY)** |
| 120 |  | 12/11/2025 | √ | √ | Redacted text message  exchange |
|  | 121 | 12/11/2025 | √ | √ | Physician Assistant/Medical Doctor MS Protocol (3 pages) |
|  | 122 | 12/11/2025 | √ | √ | Scope Indications document (forwarded email (6 pages) |
|  | 123 | 12/11/2025 | √ | √ | ALPHA USB drive (black) |
|  | 124 | 12/11/2025 | √ | √ | OLYMPUS Flexible Endoscope Cleansing and Disinfecting Guide (2 pages) |
|  | 125 | 12/11/2025 | √ | √ | Clinic Protocol Email  authored by Huda Alaeddin (2 pages) |
|  | 126 | 12/11/2025 | √ | √ | Email dated 6/7/2021 authored by Huda Alaeddin (1 page) |
|  | 127 | 12/11/2025 | √ | √ | Email dated 2/17/2021 authored by Huda Alaeddin (1 page) |

✎AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | | SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 128 | 12/11/2025 | √ | √ | Email dated 2/25/2021 authored by Alaeddin-Hussein (1 page) |
| | 129 | 12/11/2025 | √ | √ | Email dated 10/6/2019 with attachment of Office Endoscopy Course (various pages) |
| | 130 | | √ | √ | Email dated 8/13/2021 regarding 3 new endosee monitors (1 page) |
| | 131 | 12/11/2025 | √ | √ | Email dated 1/28/2021 regarding PAC Orders (3 pages) |
| | 132 | 12/11/2025 | √ | √ | Email dated 10/15/2019 regarding lead duties |
| | 133 | 12/11/2025 | √ | √ | Letter from U.S. Department of Justice regarding Huda Alaeddin (3 pages) |
| | | 12/11/2025 | | | **MR. JACOB STROUP, TBI MEDICAID FRAUD** |
| | 134 | 12/11/2025 | √ | √ | TennCare Claims Activity Pt. 4 |
| | 135 | 12/11/2025 | √ | √ | TennCare Claims Activity Pt. 6 |
| | 136 | 12/11/2025 | √ | √ | TennCare Claims Activity Pt. 8 |
| | 137 | 12/11/2025 | √ | √ | TennCare Claims Activity Pt. 9 |
| | 138 | 12/11/2025 | √ | √ | Tenn Care Claims Data Summary Binder (12 pages) |
| | 139 | 12/11/2025 | √ | √ | Poplar Ave Clinic PA-MD Protocol (4 pages front and back) |
| | | 12/11/2025 | | | **MS. MARLEA BOYD-Physician Assistant** |
| | | 12/12/2025 | | | **MS. MARLEA BOYD-Physician Assistant (RESUMES TESTIMONY)** |
| | | 12/12/2025 | | | **MR. DANIEL CONEY** |
| 140 | | 12/12/2025 | √ | √ | Certification of domestic records |
| 141 | | 12/12/2025 | √ | √ | Medicare Enrollment application |
| 142 | | 12/12/2025 | √ | √ | Certification of Domestic Records |
| 143 | | 12/12/2025 | √ | √ | Affidavit of Records Custodian Certifying Records (large exhibit) |
| 144 | | 12/12/2025 | √ | √ | Tips for using DocuSign (large exhibit) |
| 145 | | 12/12/2025 | √ | √ | Affidavit of Records Custodian Certifying Records (large exhibit) |
| 146 | | 12/12/2025 | √ | √ | Affidavit of Records Custodian Certifying Records (large exhibit) |
| 147 | | 12/12/2025 | √ | √ | Medicare Claims Data Summary/Poplar Ave. Clinic (Blue Binder) |
| | | 12/15/2025 | | | **MR. DANIEL CONEY (RESUMES TESTIMONY)** |
| 148 | | 12/15/2025 | √ | √ | Summary Billing for Patient 1 |
| 149 | | 12/15/2025 | √ | √ | Summary Billing for Patient 2 |

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | | VS. SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 150 | | 12/15/2025 | √ | √ | Summary Billing for Patient 3 |
| 151 | | 12/15/2025 | √ | √ | Summary Billing for Patient 5 |
| 152 | | 12/15/2025 | √ | √ | Summary Billing for Patient 7 |
| 153 | | 12/15/2025 | √ | √ | Calculation Document from Daniel Coney |
| | | 12/15/2025 | | | **MS. MELISSA LOVORN** |
| | | 12/15/2025 | | | **PATIENT #6** |
| | | 12/15/2025 | | | **DR. POULOMI NANDY** |
| | | 12/15/2025 | | | **PATIENT #3** |
| | | 12/15/2025 | | | **PATIENT #7** |
| 154 | | 12/15/2025 | √ | √ | Stipulation of the Parties signed by Defense. |
| | | 12/16/2025 | | | **BRIAN KRIPLEAN, SPECIAL AGENT, FDA** |
| 155 | | 12/16/2025 | √ | √ | Inventory of Items (1 page) |
| 156 | | 12/16/2025 | √ | √ | Documents (4 pages) |
| 157 | | 12/16/2025 | √ | √ | Summary of Single Use Devices Purchased by Poplar Ave. Clinic (1 page) |
| 158 | | 12/16/2025 | √ | √ | Endometrial with hysteroscopy biopsy (1 page) |
| 159 | | 12/16/2025 | √ | √ | Photo Copies of medical devices (14 pages) |
| 160 | | 12/16/2025 | √ | √ | Collection of Photos |
| | | 12/16/2025 | | | **PATIENT #0** |
| | | 12/16/2025 | | | **MS. STEPHANIE TWOREK** |
| 161 | | 12/16/2025 | √ | √ | Text Message (from Stephanie Tworke to Brian Kriplean) |
| 162 | | 12/16/2025 | √ | √ | Thank you note from Stephanie Tworke to Sanjeev Kumar |
| | | 12/16/2025 | | | **MS. EMILY SELLS (VIDEO DEPOSITION)** |
| | | 12/17/2025 | | | **MR. SEAN WEISS** |
| | | 12/17/2025 | | | **DR.CHRISTOPHER PALENIK** |
| | 163 | 12/17/2025 | √ | √ | Photo image of medical device |
| | | 12/17/2025 | | | **MR. RAMZY RIMAWI** |
| | | 12/17/2025 | | | **MR. ORLANDO HERNANDEZ** |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

UNITED STATES OF AMERICA    VS.    SANJEEV KUMAR    CASE NO. 2:25CR20032-01-SHL

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 164 | 12/17/2025 | √ | √ | Certificate of Authenticity of Business Records (13 pages) |
| | 165 | 12/17/2025 | √ | √ | Certificate of Authenticity of Business Records (20 pages) |
| | 166 | 12/17/2025 | √ | √ | Photo copy of Orlando Hernandez and a large medical machine |
| | | 12/17/2025 | | | **Mr. RIZWAN YUNUS** |
| | 167 | 12/17/2025 | √ | √ | Patient #11 Medical Record |
| | 168 | 12/17/2025 | √ | √ | Patient #12 Medical Record |
| | 169 | 12/17/2025 | √ | √ | Patient #13 Medical Record |
| | 170 | 12/17/2025 | √ | √ | Patient #14 Medical Record |
| | 171 | 12/17/2025 | √ | √ | Patient #15 Medical Record |
| | 172 | 12/17/2025 | √ | √ | Patient #16 Medical Record |
| | 173 | 12/17/2025 | √ | √ | Patient #17 Medical Record |
| | 174 | 12/17/2025 | √ | √ | Patient #18 Medical Record |
| | 175 | 12/17/2025 | √ | √ | Patient #19 Medical Record |
| | 176 | 12/17/2025 | √ | √ | Patient #20 Medical Record |
| | 177 | 12/17/2025 | √ | √ | Patient #21 Medical Record |
| | 178 | 12/17/2025 | √ | √ | Patient #22 Medical Record |
| | 179 | 12/17/2025 | √ | √ | Patient #23 Medical Record |
| | 180 | 12/17/2025 | √ | √ | Patient #24 Medical Record |
| | 181 | 12/17/2025 | √ | √ | Patient #25 Medical Record |
| | 182 | 12/17/2025 | √ | √ | Patient #26 Medical Record |
| | 183 | 12/17/2025 | √ | √ | Patient #27 Medical Record |
| | 184 | 12/17/2025 | √ | √ | Progress Note electronically signed by Rizwan Yunus (1 page) |
| | | 12/17/2025 | | | **MR. ANDREW MOORE (RECALLED WITNESS)** |
| | | 12/17/2025 | | | **MR. THOMAS LAWSON (RECALLED WITNESS)** |
| | 185 | 12/17/2025 | √ | √ | Email exchange between Brian Kriplean and Thomas Lawson |
| | | 12/18/2025 | | | **KRISTIE MARR** |
| | | 12/18/0205 | | | **DR. THAHIR FARZAN** |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. SANJEEV KUMAR | | | | | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 12/18/2025 | | | **PATIENT #28** |
| | | 12/18/2025 | | | **KRISTIE MARR (RECALLED WITNESS)** |
| | 186 | 12/18/2025 | √ | √ | Investigative Report (over 100 pages) |
| | 187 | 12/18/2025 | √ | √ | Investigative Report (5 pages) |
| 188 | | 12/18/2025 | √ | √ | USB drive in small gold evnelope |
| | | 12/18/2025 | | | **PATIENT #27** |
| | | 12/18/2025 | | | **MICHELE POLLET** |
| | 189 | 12/18/2025 | √ | √ | Letter from Amerigroup dated December 3, 2021 |
| | 190 | 12/18/2025 | √ | √ | Letter from Amerigroup dated November 8, 2021 |
| | | 12/19/2025 | | | **KRISTINA REEVE** |
| | | 12/19/2025 | | | **KELSEY DULEY** |
| | | 12/19/2025 | | | **DR. JOHN RODNEY** |
| | | 12/19/2025 | | | **PATIENT #29** |
| | | 12/19/2025 | | | **DR. JORDAN JOHNSON** |
| | 191 | 12/19/2025 | √ | √ | Number of Patients and amounts billed |
| | 192 | 12/19/2025 | √ | √ | Number of Patients and amounts billed |
| | 193 | 12/19/2025 | √ | √ | Total billed to facility in TN per patient |
| | 194 | 12/19/2025 | √ | √ | Average paid for patient |
| | 195 | 12/19/2025 | √ | √ | Bar graph - aveage paid per patient |
| | 196 | 12/19/2025 | √ | √ | Medicare Data 58558 Procedures per patient |
| | 197 | 12/19/2025 | √ | √ | Medicare Patient Count of 58558 |
| | 198 | 12/19/2025 | √ | √ | Medicaid Data 58558 Procedures per patient |
| | 199 | 12/19/2025 | √ | √ | Medicare patient count of 58558 |
| | 200 | 12/19/2025 | √ | √ | Medicare total paid 58558 |
| | 201 | 12/19/2025 | √ | √ | Medicaid total paid 58558 |
| | 202 | 12/19/2025 | √ | √ | Medicare number of patients that used all four codes (58558, 76830, Q0091, 76856) |
| | 203 | 12/19/2025 | √ | √ | Medicaid number of patients that used all four codes (58558, 76830, Q0091, 76856) |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | | VS.  SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 204 | 12/19/2025 | √ | √ | Medicare Number of patients and their visits receiving all 4 codes 58558, 76830, Q0091, 76856 |
| | 205 | 12/19/2025 | √ | √ | Medicaid Number of patients and their visits receiving all 4 codes 58558, 76830, Q0091, 76856 |
| | 206 | 12/19/2025 | √ | √ | Medicare graph (Paid, Rejected, Denied) |
| | 207 | 12/19/2025 | √ | √ | Medicaid Data (Paid, Denied) |
| | 208 | 12/19/2025 | √ | √ | Medicaid Data (1 page) |
| | 209 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #1 (2 pages) |
| | 210 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #2 (3 pages) |
| | 211 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #3 (2 pages) |
| | 212 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #4 (2 pages) |
| | 213 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #5 (4 pages) |
| | 214 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #6 (3 pages) |
| | 215 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #7 (6 pages) |
| | 216 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #8 (3 pages) |
| | 217 | 12/19/2025 | √ | √ | Medicare Poplar Ave. Clinic Patient #9 (4 pages) |
| | 218 | 12/19/2025 | √ | √ | **Photo copy of "Meet Our Team of Healthcare Compliance Experts"** |
| | | 12/19/2025 | | | **TRINIKA CANNON** |
| | | 12/19/2025 | | | **ANGELA MCKNIGHT** |
| | | 12/19/2025 | | | **DR. AMY GARCIA** |
| | 219 | 12/19/2025 | √ | √ | Photo Copies of Dr. Kumar's office (approximately 60 pages) |
| | | 12/22/2026 | | | **DR AMY GARCIA (RESUMES TESTIMONY)** |
| | | 12/22/2025 | | | **DR. SANJEEV KUMAR** |
| | | 12/23/2025 | | | **DR. SANJEEV KUMAR (RESUMES TESTIMONY)** |
| | 220 | 12/23/2025 | √ | √ | PAC investment in multiuse hysteroscopy equipment (9 pages) |
| | 221 | 12/23/2025 | √ | √ | Flexible endoscope cleaning and disinfection guide |
| | 222 | 12/23/2025 | √ | √ | Gyn Procedure training on Google Drive (1 page) |
| | 223 | 12/23/2025 | √ | √ | Daily duties for Medical Assistant (2 pages) |
| | 224 | 12/23/2025 | √ | √ | Manual high level disinfection of rigid and flexible endoscopes (4 pages) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | | SANJEEV KUMAR | CASE NO. 2:25CR20032-01-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 225 | 12/23/2025 | √ | √ | Certificates of Training |
| | 226 | 12/23/2025 | √ | √ | Poplar Avenue Clinic, PLLC (NP=MD Agreement/Protocol (34 pages) |
| | 227 | 12/23/2025 | √ | √ | Notice to All dated - July 8, 2020 |
| | 228 | 12/23/2025 | √ | √ | Dr. A. Ben Abdu, M.D. Resignation Letter |
| | 229 | 12/23/2025 | √ | √ | MP Solutions Certificates of Completion (4 pages) |
| | 230 | 12/23/2025 | √ | √ | Identity of sealed witnesses #11 throught #29 |

Page  12  of  12  Pages