IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SANJEEV KUMAR,  )<br>   Defendant.  )  ) ) ) | No. 2:25-cr-20032-SHL-1 |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE MOTION PURSUANT TO RULES 29 AND 33
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Before the Court is Defendant Sanjeev Kumar's Motion for Extension of Time to File Motion Pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, filed January 9, 2026. (ECF No. 278.) Kumar seeks a one-week extension to the fourteen-day deadline by which to file an omnibus motion for a judgment of acquittal and a new trial. (Id. at PageID 7085.) He argues that good cause exists for the extension because the "exceptional scope of the trial record . . . necessitates additional time for careful, comprehensive review," and because Kumar's lead counsel, Ronald Chapman, "is scheduled to begin a six-week trial in the Eastern District of Pennsylvania on Tuesday, January 13." (Id.) Kumar further argues that counsel has acted diligently and the extension will not prejudice the Government. (Id.) For its part, the Government opposes Kumar's Motion. (Id. at PageID 7086.)

For good cause shown, in the interest of a comprehensive briefing of the issues, the Motion is **GRANTED**. Kumar must file his omnibus motion for acquittal and a new trial by January 28, 2026.

**IT IS SO ORDERED,** this 13th day of January, 2026.

                                                 s/ Sheryl H. Lipman
                                                 SHERYL H. LIPMAN
                                                 CHIEF UNITED STATES DISTRICT JUDGE