IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. )     No. 2:25-cr-20032-SHL-1 <br> ) <br> SANJEEV KUMAR, ) <br> Defendant. ) | |

**ORDER SETTING HEARING ON DEFENDANT SANJEEV KUMAR'S SEALED MOTION FOR EVIDENTIARY HEARING**

Before the Court is Defendant Sanjeev Kumar's Sealed Motion for Evidentiary Hearing, filed January 28, 2026. (ECF No. 288 (sealed).) Plaintiff United States of America filed its response on February 11. (ECF No. 307.)

Kumar's Motion seeks to "conduct a post-trial evidentiary hearing to determine whether extraneous prejudicial information or outside influence tainted the jury" in this case. (ECF No. 288 at PageID 7268.) The jury returned a verdict in this matter on January 7, 2026, finding Kumar guilty on forty of the forty-six counts for which he was indicted. (See ECF No. 274.)

In its response,[1] the Government asserts that Kumar's request for an evidentiary hearing "is not ripe without additional testimony and evidence received" (ECF No. 307 at PageID 9894), and "that a record, with testimony and evidence introduced by [Kumar's counsel], is the appropriate course of action" (id. at PageID 9878).

The Court agrees with the Government. Therefore, the Court will conduct a hearing on this issue at 4:00 p.m. February 19, 2026, in Courtroom 1. The hearing will be confined to the

---

[1] The Government's response addresses additional motions and matters beyond Kumar's Motion for Evidentiary Hearing. This Order addresses only those matters raised in ECF No. 288.

issue of whether it is necessary for the Court to conduct a <u>Remmer</u> hearing.  Kumar shall be ready to provide any evidence that supports the argument that a <u>Remmer</u> hearing is necessary.

    **IT IS SO ORDERED,** this 12th day of February, 2026.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE