IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**   Cr. No. 2:25cr20032-SHL

v.

**SANJEEV KUMAR,**

      **Defendant.**

---

### DEFENDANT'S MOTION TO CONTINUE EVIDENTIARY HEARING

Dr. Sanjeev Kumar, by and through undersigned counsel, respectfully moves this Court to continue the Evidentiary Hearing currently scheduled for February 19, 2026, and to reset the hearing to a date between March 2, 2026, and March 11, 2026, at the Court's convenience. In support, Dr. Kumar states as follows:

1. On January 28, 2026, Dr. Kumar filed a sealed motion requesting that the Court conduct an evidentiary hearing. (ECF No. 288.) The Government filed its response on February 11, 2026. (ECF No. 307.)

2. The Court subsequently scheduled an Evidentiary Hearing for February 19, 2026. (ECF Nos. 309, 310.)

3. Undersigned counsel is presently engaged in a jury trial in the Eastern District of Pennsylvania, *United States v. Savani et al.*, Case No. 2:23-cr-00016-JLS, which is expected to conclude near the end of this month.

1

4. Counsel also has pre-planned personal obligations from March 12, 2026, through March 24, 2026, during which counsel will be unavailable.

5. Given counsel's direct involvement and familiarity with the issues raised in Dr. Kumar's motion, and due to the scheduling conflicts described above, Dr. Kumar respectfully requests that the Evidentiary Hearing be reset for a date between March 2, 2026, and March 11, 2026, subject to the Court's availability.

WHEREFORE, Dr. Kumar respectfully requests that the Court continue the Evidentiary Hearing scheduled for February 19, 2026, and reset the hearing for a date between March 2, 2026, and March 11, 2026.

Respectfully submitted,

s/ *Ronald Chapman II*
Ronald Chapman, II (pro hac vice)
(Mich. Bar No. P73179)
THE CHAPMAN FIRM
456 E Milwaukee Ave
Detroit, MI 48202
Phone: (346) Chapman
Ron@chapmanandassociates.com

Maritsa A. Flaherty (pro hac vice)
(Cal. Bar No. 327638)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Suite 310
Troy, Michigan 48098
(248) 644-6326
mflaherty@chapmanlawgroup.com

Lawrence J. Laurenzi (TN BPR No. 9529)
Elena R. Mosby (TN BPR No.40562)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
901-524-5000
llaurenzi@bpjlaw.com
emosby@bpjlaw.com

2

*Attorneys for Dr. Sanjeev Kumar*

**CERTIFICATE OF CONSULTATION**

Undersigned counsel certifies that, on February 13, 2026, counsel's office initiated consultation with counsel for the Government via email regarding this motion and the relief requested herein. As of the time of filing, the Government has not responded to that communication, and its position remains unknown.

s/ *Ronald Chapman II*
Ronald Chapman, II

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2026 I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

<u>s/ Ronald Chapman II</u><br>
Ronald Chapman, II