IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SANJEEV KUMAR,  )<br>    Defendant.  )  | No. 2:25-cr-20032-SHL-1 |

**ORDER DIRECTING DEFENDANT TO PROVIDE UPDATE TO THE COURT ABOUT AVAILABILITY FOR EVIDENTIARY HEARING AND STRIKING HEARING SET FOR FEBRUARY 19, 2026**

Before the Court is Defendant Sanjeev Kumar's Motion to Continue Evidentiary Hearing, filed February 16, 2026. (ECF No. 311.) The Court previously set a hearing on Kumar's Sealed Motion for Evidentiary Hearing for February 19. (ECF Nos. 309, 310.) In the Motion to Continue, Ronald Chapman II, Kumar's counsel, asserts that he is "presently engaged in a jury trial in the Eastern District of Pennsylvania . . . , which is expected to conclude near the end of this month." (ECF No. 311 at PageID 9900.) Counsel also asserts that he "has pre-planned personal obligations from March 12, 2026, through March 24, 2026, during which counsel will be unavailable." (Id. at PageID 9901.) To accommodate this schedule, counsel asks that the Court reset the hearing "for a date between March 2, 2026, and March 11, 2026, subject to the Court's availability." (Id.)

Given the Court's busy schedule, which includes trials and numerous other settings scheduled throughout March, Chapman's alleged unavailability for the remainder of February and throughout half of March, as well as the fact that Kumar's sentencing is currently scheduled for April 4, the Court is finding it difficult to set a hearing date.

To that end, the Court needs additional information from counsel immediately regarding when he will become available at the end of this month. So, by 10:00 a.m. on February 19, 2026, counsel shall file a notice on the docket updating the Court on the status of his Pennsylvania trial, including the procedural posture of trial, and when, specifically, it is expected to conclude. Based on this information, the Court will reset the hearing. In the meantime, the Court **STRIKES** the hearing set for February 19.

The Court expects that, for whichever date it resets the hearing, Kumar will be prepared to present all relevant information necessary to decide it, including having the juror mentioned in the motion available to testify, if necessary. The Court notes that, if counsel had brought other lawyers into the conversation with the juror, including, but not limited to the lawyers for the Government, as he should have done when he realized the content allegedly conveyed, this issue would be able to be addressed more expediently.

**IT IS SO ORDERED,** this 17th day of February, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE