# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**                                                   Cr. No. 2:25cr20032-SHL

**v.**

**SANJEEV KUMAR,**

       **Defendant.**

## DEFENDANT'S NOTICE REGARDING AVAILABILITY

Pursuant to the Court's Order dated February 17, 2026 (ECF No. 312), counsel for Defendant Sanjeev Kumar respectfully provides the following update regarding his ongoing jury trial in the Eastern District of Pennsylvania.

Counsel is presently engaged in a multi-defendant federal jury trial in the United States District Court for the Eastern District of Pennsylvania. The government has not yet concluded its case-in-chief, and the matter involves six defendants. Given the current procedural posture of the trial and the number of remaining witnesses, counsel anticipates that the trial will proceed for at least one additional week. However, because the government's presentation of evidence remains ongoing, counsel cannot state with certainty the exact date on which the trial will conclude.

Based on the present status of proceedings, counsel expects the Pennsylvania trial to conclude near the end of February 2026, on or around February 27, subject to the pace of testimony

1

and any unforeseen developments. Consistent with the availability outlined in his Motion to Continue, counsel anticipates being available for the evidentiary hearing beginning March 2, 2026.

Counsel will promptly notify this Court if circumstances materially change and will make himself available for the evidentiary hearing at the earliest feasible date upon conclusion of trial.

                         Respectfully submitted,

                         s/ *Ronald Chapman II*
                         Ronald Chapman, II (pro hac vice)
                         (Mich. Bar No. P73179)
                         THE CHAPMAN FIRM
                         456 E Milwaukee Ave
                         Detroit, MI 48202
                         Phone: (346) Chapman
                         Ron@chapmanandassociates.com

                         *Attorneys for Dr. Sanjeev Kumar*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2026 I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

<u>s/ <i>Ronald Chapman II</i></u><br>Ronald Chapman, II