**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

UNITED STATES OF AMERICA,

      **Plaintiff,**

**v.**                                      **Cr. No. 2:25cr20032-SHL**

**SANJEEV KUMAR,**

      **Defendant.**

## MARITSA A. FLAHERTY'S MOTION TO WITHDRAW AS COUNSEL

Maritsa A. Flaherty, counsel for record for Sanjeev Kumar, and pursuant to Local Rule 57.2 of the United States District Court for the Western District of Tennessee hereby respectfully moves this Court for an Order permitting undersigned counsel to withdraw as attorney of record for Sanjeev Kumar in this matter.

1.      Maritsa A. Flaherty of Chapman Law Group currently appears as counsel of record for Defendant Sanjeev Kumar.

2.      Dr. Kumar has consistently refused to take telephone calls or respond to emails from the undersigned counsel and her office, despite repeated and diligent attempts to communicate regarding this matter.

3.      The undersigned counsel has attempted to contact Dr. Kumar via email on numerous occasions, specifically on January 26, January 28, February 10, February 11, and February 13, February 16, and February 18. Dr. Kumar did not respond to these emails.

4.      On February 23, 2026, undersigned counsel sent an email and left a voicemail advising Dr. Kumar that a Motion to Withdraw would be filed should he fail to establish contact. Dr. Kumar remained non-responsive.

5.      As a courtesy, undersigned counsel provided a copy of this motion to Dr. Kumar before filing. After that, he responded. He is not opposed to undersigned counsel's withdrawal.

6.      Dr. Kumar's refusal to communicate has rendered it impossible for undersigned counsel to provide effective representation. This breakdown has reached a point where continued representation would be ineffective and potentially prejudicial to Dr. Kumar's interests.

7.      Undersigned counsel is informed that Dr. Kumar continues to communicate with his other retained counsel. Because Dr. Kumar remains represented by three additional attorneys in this matter, withdrawal will not result in an interruption of representation, nor will it unduly prejudice Dr. Kumar or delay any court deadline.

WHEREFORE, Maritsa A. Flaherty respectfully requests that the Court enter an order permitting her withdrawal of Defendant Sanjeev Kumar.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: March 3, 2026

*/s/ Maritsa Flaherty*
Maritsa A. Flaherty, Esq. (*Pro Hac Vice*)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
mflaherty@chapmanlawgroup.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record. I further certify that a copy of this motion was served upon Dr. Kumar via email.

*/s/ Maritsa A. Flaherty*
Maritsa A. Flaherty, Esq. (*Pro Hac Vice*)

2