**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cr-20032-SHL |
| | ) | |
| SANJEEV KUMAR, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MARITSA A. FLAHERTY'S
MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Maritsa A. Flaherty's Motion to Withdraw as Counsel, filed March 3, 2026. (ECF No. 321.)  Flaherty states that Defendant Sanjeev Kumar "has consistently refused to take telephone calls or respond to emails" and lists eight dates on which she has attempted to reach him in the past two months. (Id. at PageID 9912–13.)  "This breakdown," according to Flaherty, "has reached a point where continued representation would be ineffective and potentially prejudicial to Dr. Kumar's interests." (Id. at PageID 9913.)

Provided with a copy of this Motion, Kumar indicated that he did not oppose Flaherty's withdrawal. (Id.)  She asserts that Kumar is still represented by three attorneys, with whom he continues to communicate, and thus her withdrawal will not "unduly prejudice Dr. Kumar or delay any court deadline." (Id.)

For good cause shown, the Motion is **GRANTED**.  Flaherty shall be terminated as Kumar's counsel.

**IT IS SO ORDERED,** this 3rd day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE