## <u>CERTIFICATE OF CONSULTATION</u>

Counsel for Dr. Sanjeev Kumar, Lawrence J. Laurenzi, consulted with counsel for the Government, Lynn Crum, on Thursday March 5, 2026, during a zoom call.  The Government opposes Dr. Kumar's motion and thus the Parties are unable to reach an accord as to all issues herein.

<u>s/ Lawrence J. Laurenzi</u>