**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                              *Deputy-in-Charge*
*242 Federal Building*                                          *U. S. Courthouse, Room 262*
*167 N. Main Street*                                          *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                       *Jackson, Tennessee 38301*
*(901) 495-1200*                                                        *(731) 421-9200*

---

### NOTICE OF SETTING
**Before Chief Judge Sheryl H. Lipman, United States District Judge**

---

March 20, 2026

     RE:   **2:25-cr-20032-SHL**
            *USA v. SANJEEV KUMAR*

Dear Sir/Madam:

A **REMMER HEARING** has been **SET** before **Chief Judge Sheryl H. Lipman** on **THURSDAY, APRIL 9, 2026** at **9:30 A.M.** in **Courtroom No. 1, 11th Floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

               Sincerely,
               WENDY R. OLIVER, CLERK
               BY:   *s/Joseph P. Warren*,
                     Case Manager Supervisor
                     901-495-1242
                     joseph_warren@tnwd.uscourts.gov