**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

---

## NOTICE OF RE-SETTING
### Before Chief Judge Sheryl H. Lipman, United States District Judge

---

March 20, 2026

RE:    **2:25-cr-20032-SHL**
       ***USA v. SANJEEV KUMAR***

Dear Sir/Madam:

A **SENTENCING HEARING** before **Chief Judge Sheryl H. Lipman** has been **RESET** from THURSDAY, APRIL 9, 2026, at 9:30 A.M. to **THURSDAY, APRIL 23, 2026** at **3:00 P.M.** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:    *s/Joseph P. Warren*,
       Case Manager Supervisor
       901-495-1242
       joseph_warren@tnwd.uscourts.gov