**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Cr. No. 2:25-cr-20032-SHL

SANJEEV KUMAR,

       Defendant.

## NOTICE OF APPEARANCE

Brian Daniel Mounce files this notice of appearance to appear as co-counsel for Sanjeev Kumar in the above captioned matter. Mr. Mounce hereby requests that he be added to the distribution list for this case on behalf of Sanjeev Kumar and receive any and all correspondence from this Court.

Respectfully submitted,


/s/ Brian Daniel Mounce
Brian Daniel Mounce         BPR No. 39545
Burch, Porter & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
bmounce@bpjlaw.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all parties this 22nd day of March, 2026.


/s/ Brian Daniel Mounce__
Brian Daniel Mounce

2