**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                          Cr. No. 2:25-cr-20032-SHL

SANJEEV KUMAR,

      Defendant.

**NOTICE OF OBJECTION**



Respectfully submitted,

/s/Larry Laurenzi
Lawrence J. Laurenzi (TN BPR No. 9529)
Brian Daniel Mounce (TN BPR No. 39545)

Elena R. Mosby (TN BPR No. 40562)
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Ave.
Memphis, TN 38103
(901) 525-5000


Ronald Chapman, III (pro hac vice)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Ste. 310
Troy, Michigan 48098
(248) 644-6323

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all parties this 17th day of April, 2026.


/s/ Larry Laurenzi__