**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No. 25-cr-20032** |
| **SANJEEV KUMAR,** | * | |
| **Defendant.** | * | |

---

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

---

Defendant Dr. Sanjeev Kumar, through undersigned counsel, respectfully moves this Court for an order to continue the sentencing hearing currently scheduled for July 7 and July 8. Dr. Kumar recently received nearly 200 hundred victim impact statements requesting restitution and asking the Court to consider the alleged conduct in sentencing Dr. Kumar. Many of these requests, which Dr. Kumar objects to their inclusion, if allowed in, require substantive review and potential review of lengthy medical files. Given the number of submissions and the fact that it appears that most of the statements are not connected to the counts of conviction, Dr. Kumar would request additional time; Dr. Kumar requests that this Court continue the sentencing hearing until on or after August 3, 2026. The Government opposes this motion.

Respectfully Submitted,

/s/ Lawrence J. Laurenzi
Lawrence J. Laurenzi (TN BPR No. 9529)
Brian Daniel Mounce (TN BPR No. 39545)
BURCH, PORTER & JOHNSON, PLLC

130 N. Court Ave.
Memphis, TN 38103
(901) 525-5000


Ronald Chapman, III (pro hac vice)
Joe Mallek (pro hac vice)
CHAPMAN LAW GROUP
1441 W. Long Lake Rd., Ste. 310
Troy, Michigan 48098
(248) 644-6323

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the forgoing was forward by electronic means via the Court's electronic filing system to all parties to this matter this 23rd day of June, 2026.

s/ Lawrence J. Laurenzi

## CERTIFICATE OF CONSULTATION

Counsel for Dr. Kumar consulted via email with the Government regarding this motion; the Government does not support the request for a continuance.

s/ Lawrence J. Laurenzi