June 19th, 2026

Honorable Sheryl Lipman
Chief United States District Court Judge
167 N. Main St.
Memphis, TN 38103

Re: Sanjeev Kumar MD

Dear Judge Lipman:

I write on behalf of Dr. Kumar to support a request for clemency. I am the physician who brought Uterine Fibroid Embolization [UFE]to the United States in 1995. UFE is a non surgical alternative to major surgery for women suffering from fibroids. I am one of the nation's leading gynecologists, like Dr Kumar, and have performed more than 15,000 cases. I have taught many physicians how to perform UFE. I am qualified to proctor physicians who are learning this technique.

Between 2024 and 2025, I taught Dr Kumar, including two intensive weeks in Memphis observing his performance. Of all the physicians I have taught Dr Kumar stands out as the most exceptional. His background in gynecology allows him to select the correct procedure for his fibroid patients. More importantly, his skill level in performing UFE is similar to physicians performing the procedure for ten years. He is also well qualified to manage post procedure complications.

Frankly there is no other physician in Memphis, or in Mississippi, Arkansas or Tennessee for that matter, with his skill set. Dr Kumar serves indigent patients all over the South. Considering the incidence of fibroids in the African American population hovers near 50%, and few physicians effectively treat, see, and provide preventative care for lower income patients, I believe his absence will severely impact this disadvantaged group even further.

I urge you to allow this uniquely talented physician to continue to serve his patients and Memphis.

Yours sincerely,

Bruce McLucas MD

**Bruce McLucas, M.D.**

o: 310.208.2442   f: 310.208.2621

9675 Brighton Way, Suite 380, Beverly Hills, CA 90210

ORIGIN ID:SDMA  (619) 296-911   11224
BRUCE MCLUCAS MD
BRUCE MCLUCAS MD
325 W WASHINGTON ST STE 2

SAN DIEGO, CA 92103
UNITED STATES US

SHIP DATE: 19JUN26
ACTWGT: 0.10 LB
CAD: 266473482/FAPI2208

BILL SENDER

TO **HONORABLE SHERYL LIPMAN**
**CHIEF UNITED STATES DISTRICT COURT**
**167 N MAIN ST**

**MEMPHIS TN 38103**

(000) 000-0000          REF: BRUCE MCLUCAS MD
INV: PKG ID: 111483
PO:                          DEPT:



**FedEx**
Express

**E**

WED – 24 JUN 5:00P

TRK# 8733 0716 9050      **EXPRESS SAVER**
0201

**SS NQAA**                  38103
                          TN-US **MEM**



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.          RAD R 0126