PROB 12B

# United States District Court
## for the
## Western District of Tennessee
## Request for Modifying the Conditions or Term of Supervision

Name of Offender:  Sanjeev Kumar                                    Docket No. 2:25CR20032-01

Name of U.S. Magistrate Judge: The Honorable Charmiane G. Claxton

Assigned Chief U.S. District Judge:  The Honorable Sheryl H. Lipman

Next Court Date:  10/02/2026                          Type of Hearing: Restitution Hearing

Charged Offense: 21 U.S.C. 331(k), 333(a)(1), 333(a)(2), and     Date Supervision Commenced:  3/4/2026
351(a)(2)(A); 18 U.S.C. 2 - Adulteration of Single Use Devices
(16 counts); 21 U.S.C. 331(k), 333(a)(1), 333(a)(2) and 352(v)
– Misbranding of Reprocessed Singe Use Devices (16 counts);
21 U.S.C. 331(k), 333(a)(1), 333(a)(2) and 351(a)(2)(A), 18
U.S.C. 2 – Adulteration of Hysteroscopes Cleared for
Reprocessing (2 counts); 18 U.S.C. 1347 and 2 – Health Care
Fraud (6 counts)

## PETITIONING THE COURT

☐ To remove the conditions of supervision as follows:

☒ To modify the conditions of supervision as follows: **1) Defendant is restricted to travel and residence to the Eastern District of North Carolina and Western District of Tennessee without prior approval of the US Probation Office.  2) The defendant is subject to location monitoring with curfew. The curfew hours and technology are to be determined by USPO.**

## CAUSE

On July 8, 2026, Mr. Kumar was sentenced to 240 months imprisonment followed by 2 years of supervised release. Following the hearing, the Court denied the government's oral motion for immediate remand and the defendant was allowed to remain on his existing bond conditions with the addition of location monitoring and a curfew.

Currently, Mr. Kumar resides in Cary, North Carolina, and is being supervised by the Eastern District of North Carolina (Raleigh).

Respectfully submitted,

s/Marco D. Ashford
U.S. Probation Officer

s/Freddie McMaster II                    July 23, 2026
Supervising U.S. Probation Officer       Date

## THE COURT ORDERS:

☐    No Action.

☒    The modification of conditions as noted above.

☐    Other

_____s/ Sheryl H. Lipman_____
Signature of Judicial Officer

Date: 7/24/2026