**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| **V.** | ) | **No. 2:25-cr-20032-SHL** |
| **SANJEEV KUMAR, M.D.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL WITH OVERNIGHT STAY

Dr. Sanjeev Kumar, through counsel, respectfully seeks the Court's permission to travel to Memphis, Tennessee on a date yet to be determined and to Robbinsville, New Jersey from August 27, 2026 through August 30, 2026. Counsel for Dr. Kumar have conferred with counsel for the United States who have stated that the United States does not oppose this Motion.

On July 21, 2026, Dr. Kumar sought permission from his Probation Officer to travel to Memphis, Tennessee. In response, the United States Probation Office advised him to obtain overnight travel approval from the Court. On July 24, 2026, the USPO petitioned the Court to modify Dr. Kumar's conditions of supervision by adopting the following language: **"1) Defendant is restricted to travel and residence to the Eastern District of North Carolina and Western District of Tennessee without prior approval of the US Probation Office. 2) The defendant is subject to location monitoring with curfew. The curfew hours and technology are to be determined by USPO."** ECF 429, PageID 12725. The Court ordered those modifications on the same day. *Id.*

On August 12, 2026, Dr. Kumar contacted his Probation Officer to seek permission to travel to Memphis, Tennessee so that he could renew his Tennessee driver's license. The Probation Office informed him that although he has been granted approval to travel within the Western District of Tennessee, *see id.*, his request could not be approved absent an Order from this Court specifically granting overnight travel. Accordingly, Dr. Kumar respectfully moves this Court for permission to travel overnight from Cary, North Carolina to Memphis, Tennessee for the purpose of renewing his driver's license issued by the State of Tennessee.

During an August 19, 2026 home visit by his Probation Officer, Dr. Kumar also requested approval to travel from Cary, North Carolina to Robbinsville, New Jersey from August 27, 2026 to August 30, 2026. The purpose of this travel is to attend religious services at the BAPS Swaminarayan Akshardham, which is the largest Hindi temple in the United States, and to visit with extended family members who live in New Jersey.

Dr. Kumar has been subject to pre-trial conditions of release (from February 2025 until January 2026) and to bond conditions following his conviction (from January 2026 through the present) with no violations. He is subject to location monitoring and wears an ankle monitor for that purpose. He is prepared to provide his Probation Officer with all necessary information regarding the travel to New Jersey, including his itinerary and where he intends to stay for the three nights of the proposed travel. As the Court found in its January 29, 2026 Order Denying Government's Motion to Revoke Bond, ECF 289, PageID 7286-7287, and again during Dr. Kumar's July 8, 2026 sentencing hearing, ECF 428, PageID 12721-12722, he has met his burden to show that he is not a flight risk.

In light of the above, Dr. Kumar respectfully asks the Court to issue an Order approving overnight travel between the Eastern District of North Carolina and the Western District of Tennessee so that he may travel to Memphis and New Jersey.

Dated: August 20, 2026

Respectfully submitted,

/s/ Lawrence Laurenzi
Lawrence J. Laurenzi (TN BPR No. 9529)
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Ave.
Memphis, TN 38103
(901) 525-5000

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that counsel for Dr. Kumar consulted with counsel for the Government regarding this motion. The Government does not oppose this motion.

/s/ Lawrence Laurenzi
Lawrence Laurenzi

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Unopposed Motion for Permission to Travel with Overnight Stay was sent via the Court's electronic filing system to all parties this 20th day of August, 2026.

/s/ Lawrence Laurenzi
Lawrence Laurenzi