**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SANJEEV KUMAR,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cr-20032-SHL |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Attorneys Ronald W. Chapman II and Joseph Mallek's Motion to withdraw as counsel of record for Defendant Sanjeev Kumar, filed September 18, 2026. (ECF No. 441.) Counsel state that good cause exists to grant the Motion due to a "breakdown in the attorney-client relationship." (Id. at PageID 12766.) According to counsel, they "have not had substantive communication with Dr. Kumar since approximately late July 2026," and he has apparently chosen to hire different counsel to handle his matter going forward, as they received communication from Attorney Hilary LoCicero indicating that she would be assuming representation. (Id.)

Indeed, Attorneys Hilary LoCicero and Lloyd Liu filed respective Motions for Leave to Appear Pro Hac Vice, which were granted, and both are now listed on the docket as counsel of record. (ECF Nos. 434; 438; see also L.R. 83.4(f), (d)(1).) Additionally, Attorney Lawrence Laurenzi remains an attorney of record for Dr. Kumar. (See ECF Nos. 425, 432.)

Thus, as the Defendant will continue to be represented, the Motion to Withdraw as Counsel is **GRANTED**. Attorneys Ronald W. Chapman II and Joseph Mallek are no longer counsel of record in this case.

**IT IS SO ORDERED,** this 28th day of September, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE