**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 2:25-cr-20032-SHL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SANJEEV KUMAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S SUPPLEMENTAL MOTION TO SET RESTITUTION

The United States hereby supplements its earlier motion at RE-442 to set restitution. The United States has received additional claims for restitution. Two of the additional claims satisfy the requirements of the Mandatory Victims Restitution Act (MVRA). These two additional claims total $340.

The first additional patient claim is submitted to the Court as Sealed Exhibit C. The United States proposes that $100 in insurance copays ($50 paid on May 19, 2020 and $50 paid on November 18, 2020) tied to two hysteroscopy procedures performed during the Count 46 timeframe qualify for restitution under the MVRA. Had this victim known Poplar Avenue Clinic was using adulterated hysteroscopes, she would not have consented to the procedures. The second additional patient claim is submitted to the Court as Sealed Exhibit D. According to records provided by this victim, the defendant performed a hysteroscopy with biopsy and other procedures on March 18, 2024, which is during the Count 46 timeframe. The victim also provides bank records showing four $60

payments, totaling $240, to Poplar Avenue Clinic in October and November of 2024. In a follow-up conversation with undersigned counsel, the victim purported that these four payments were related to the March 2024 hysteroscopy with biopsy and attendant services. Had this victim known Poplar Avenue Clinic was using adulterated hysteroscopes, she would not have consented to the procedures. The two additional claims combine for $340.

Based on these supplemental claims for restitution, the government requests a final restitution amount in this matter of $5,565,188.91. The breakdown is as follows:

| **Recipient** | **Amount** |
| --- | --- |
| Medicare | $818,694.81 |
| TennCare | $4,743,305.86 |
| Sealed Patient Claims | $3,188.24 |
| **Total** | $5,565,188.91 |

## CONCLUSION

Wherefore, the United States respectfully requests that the Court set restitution in this case for Medicare in the amount of $818,694.81, for TennCare in the amount of $4,743,305.86, and for the now supplemented group of individual patients in the amounts of $528.24 (Victim in Sealed Exhibit A), $2,320 (Victim in Sealed Exhibit B), $100 (Victim in Sealed Exhibit C), and $240 (Victim in Sealed Exhibit D).

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

BY: s/ *Scott P. Smith*
Scott P. Smith (TN 33551)
Assistant U.S. Attorney
167 N. Main, Room 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

## CERTIFICATE OF CONSULTATION

I, Scott P. Smith, Assistant United States Attorney for the Western District of Tennessee, hereby certify that I have consulted with counsel for the defendant, Hilary LoCicero, by email on today's date regarding the contents of this motion. Counsel for the defendant opposes this motion.

This 9th day of November, 2026.

s/ *Scott P. Smith*
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Scott P. Smith, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was filed by electronic means via the court's electronic filing system to counsel for the defendant.

This 9th day of November, 2026.

s/ *Scott P. Smith*
Assistant United States Attorney